UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIPIN SEHGAL, on behalf of himself and all others similarly situated,<br><br>                            Plaintiff,<br><br>                v.<br><br>KARENA FOODS INC. et al.,<br><br>                            Defendant. | 23-CV-8799 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On January 4, 2024, the Court ordered the parties to file a joint status letter and proposed case management plan by January 25, 2024.  ECF No. 16.  That date has passed, and no submission has been filed.  Accordingly, the initial pretrial conference scheduled to take place on February 1, 2024, is hereby **ADJOURNED** sine die.  By no later than **January 31, 2024**, the parties shall file a joint letter and proposed case management plan, as described at ECF No. 16.  The parties are on notice that failure to comply with the Court's orders may result in sanctions.

      SO ORDERED.

Dated: January 29, 2024
       New York, New York

                                                        DALE E. HO
                                                 United States District Judge