UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIPIN SEHGAL, on behalf of himself and all others similarly situated,<br><br>        Plaintiff(s),<br><br>   v.<br><br>KARENA FOODS INC. et al.,<br><br>        Defendant(s). | 23-CV-8799 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On January 4, 2024, the Court ordered the parties to file a joint status letter and proposed case management plan by January 25, 2024. ECF No. 16. That date passed, and no submission was filed. Accordingly, the Court adjourned *sine die* the initial pretrial conference scheduled to take place on February 1, 2024. On January 29, 2024, the Court ordered the parties to file a joint letter and proposed case management plan by January 31, 2024. ECF No. 17. The Court placed the parties on notice that failure to comply with the Court's orders may result in sanctions. *Id*. That date has now passed, and no submission has been filed.

  It is hereby ORDERED that the parties shall file a joint letter and proposed case management plan, as described at ECF No. 16, by **no later than February 7, 2024**. Plaintiff is on notice that failure to prosecute this case or comply with this Court's Orders may result in dismissal.

  SO ORDERED.

Dated: February 1, 2024
    New York, New York

                       DALE E. HO
                   United States District Judge