UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIPIN SEHGAL,<br><br>                              Plaintiff,<br><br>         v.<br><br>KARENA FOODS INC., et al.,<br><br>                              Defendants. | 23-CV-8799 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On February 2, 2024, the Court ordered the parties to submit a status letter by June 5, 2024, in advance of the parties' post-discovery conference scheduled to take place on June 13, 2024.  *See* ECF No. 21.  The Court is in receipt of no submission by the parties.

Accordingly, the parties are ORDERED to file a joint status letter (following instructions at ECF No. 21) by no later than **June 12, 2024**.  The post-discovery conference is ADJOURNED to **June 20, 2024, at 12:30 p.m. (E.T.)**.  The parties' dial-in information remains unchanged: the parties shall dial 646-453-4442, enter the meeting code 241389426, and press pound (#).  The parties are advised that failure to comply with the Court's orders may result in sanctions.

SO ORDERED.

Dated: June 6, 2024
       New York, New York

                                                                                    _____
                                                                                            DALE E. HO
                                                                                    United States District Judge