UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIPIN SEHGAL,<br><br>                    Plaintiff,<br><br>v.<br><br>KARENA FOODS INC., et al.,<br><br>                    Defendants. | 23-CV-8799 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Due to unforeseen scheduling conflicts, the post-discovery conference currently scheduled to take place on August 15, 2024, at 12:30 p.m. (E.T.) shall instead take place on the **same day (August 15, 2024) at 10:30 a.m. (E.T.)**. The parties are directed to dial 646-453-4442, enter the meeting code 241389426, and press pound (#).

SO ORDERED.

Dated: August 13, 2024
       New York, New York

_____
DALE E. HO
United States District Judge