UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIPIN SEHGAL,<br><br>      Plaintiff,<br><br>v.<br><br>KARENA FOODS INC., et al.,<br><br>      Defendants. | 23-CV-8799 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  As discussed on the record before the Court on August 15, 2024, the parties shall file a status letter on ECF by **August 21, 2024**. The letter shall include (1) a proposed briefing schedule for the anticipated partial motion for summary judgment, and (2) stipulations as to any issues, if applicable.

  SO ORDERED.

Dated: August 15, 2024
   New York, New York

                   DALE E. HO
                   United States District Judge