**Siegel & Siegel**
*A Professional Corporation*
**Attorneys at Law**
521 Fifth Avenue, Suite 1700
New York, New York 10175
Telephone: (212) 721-5300
Fax: (212) 947-9967

SHARON M. SIEGEL
*Admitted to N.Y. and D.C. Bars*

MICHAEL D. SIEGEL
*Admitted to N.Y. and N.J. Bars*

August 20, 2024

VIA ECF
The Hon. Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Sehgal. v. Karena Foods, Inc., et al.
Case No. 1:23-cv-08799-DEH

Dear Judge Ho:

We represent the corporate defendants in the above-referenced matter and write jointly with Plaintiff to provide the Court with a joint status report pursuant to Your Honor's Order dated August 15, 2024 (ECF 32). As stated at the conference, Defendants intend to make a motion for partial summary judgment in this case, seeking an order fixing the hours worked and compensation paid to the Plaintiff during the period of employment, and seeking a finding that Plaintiff was paid legally sufficient compensation for that period. Defendants shall file their moving letter brief and any affidavits by September 20, 2024. Plaintiff shall respond by October 18, 2024. Defendants shall reply by November 1, 2024.

The parties shall attempt to see if there is agreement on the amounts paid as compensation once all records are reviewed.

Defendants' partial motion for summary judgment shall be due by **September 20, 2024.** Plaintiff's response shall be due by **October 18, 2024.** Defendants' reply shall be due by **November 1, 2024.**

SO ORDERED.

Respectfully,

*Michael D. Siegel*

Michael D. Siegel

Dale E. Ho
United States District Judge
New York, New York
Dated: August 20, 2024