EXHIBIT A

VIPIN SEHGAL

| WK | MON | TUES | WED | THURS | FRI | SAT | SUN | TIPS |
|---|---|---|---|---|---|---|---|---|
| 1-11/06/22 | 4D 89 | 4D | OFF | 4D | 4D | 4D | 4D | $48.00 |
| 1-11/13/22 | 4D | D | D 24 | 4D | 4D | OFF | 4D | $56.00 |
| 1-11/20/22 | 4D | 4D | OFF | 4D | 4D | D | 4D | $50.00 |
| 1-11/27/22 | 4D | 4D | OFF | 4D | 4D | 4D | 4D | $56.00 |
| 5-12/04/22 | 4D | 4D | OFF | 4D | 4D | 4D | OFF | $21.00 |
| 5-12/11/22 | OFF | 4D | 4D | OFF | 4D | 4D | 4D | $61.00 |
| 5-12/18/22 | 4D | 4D | 4D | 4D | D | 4D | 4D | $83.00 |
| 7-12/25/22 | 4D | 4D | 4D | 4D | 4D | 4D | 4D | $85.00 |
| 5-01/01/23 | 4D | OFF | OFF | 4D | 4D | 4D | 4D | $66.00 |
| 2-01/08/23 | 4D | 4D | OFF | 4D | 4D | OFF | OFF | $34.00 |
| 7-01/15/23 | OFF | OFF | D 24 | 4D | 4D | 4D | 4D | $44.00 |
| 6-01/22/23 | OFF | 4D | 4D | D | 4D | 4D | 4D | $61.00 |
| 3-01/29/23 | 4D | 4D | 4 89 | 4D | 4D | 4D | 4D | $34.00 |
| 0-02/05/23 | 4D | 4D | OFF | 4D | 4D | 4D | 4D | $64.00 |
| 6-02/12/23 | 4D | 4D | OFF | D | 4D | 4D | 4D | $50.00 |
| 5-02/19/23 | 4D | 4D | OFF | OFF | OFF | 4D | 4D | $49.00 |
| 0-02/26/23 | 4D | L | OFF | OFF | OFF | OFF | OFF | $14.00 |
| 7-04/02 | OFF | OFF | 24 4D | 4D | 24 4D | L 24 D 55 | 4D | $70.00 |
| 3-04/09 | 4D | OFF | 4D | 4D | 4D | 4D | 4D | $112.00 |
| 0-04/16/23 | 4D | OFF | 4D | 4D | 4D | 4D D24 | 4D | $62.00 |
| 7-04/23/23 | 4D | OFF | D | 4D | 4D | 4D | 4D | $112.00 |
| 4-04/30/23 | 4D | OFF | 4D | L | OFF | 4D | 4D | $26.00 |
| 1-05/07/23 | 120 4D | OFF | OFF | OFF | 4D 89 | 4D 55 | D 89 | $10.00 |
| 8-05/14/23 | 4D | OFF | 4D | 4D | OFF | 4D | 4D | $62.00 |

VIPIN SEHGAL

| WEEK | MON | TUES | WED | THURS | FRI | SAT | SUN | TIPS |
|---|---|---|---|---|---|---|---|---|
| 05/15 - 05/21/23 | 40 | OFF | 40 | 40 | 40 | OFF | OFF | $29.00 |
| 05/22 - 05/28/23 | OFF | 40 | 40 | 40 | 40 | 40 | 40 | $60.00 |
| 05/29 - 06/04/23 | 40 | OFF | 40 | 40 | 40 | 40 | 40 | $72.00 |
| 06/05 - 06/11/23 | 40 | OFF | 40 | 40 | OFF | OFF | OFF | $22.00 |

## KARENA FOOD INC
### Employee History (Condensed), Jan 1, 2022 - Dec 31, 2022

Date: 11/25/2023   TIN: 81-0767482 :

| Check No. | Pay Date | Taxable Comp | Fed Tax W/H | Soc. Sec. W/H | Medicare W/H | Add. Med. W/H | State Tax W/H | NYC W/H | Yonkers W/H | NY F |
|---|---|---|---|---|---|---|---|---|---|---|
| **SEHGAL, VIPIN** | | | | ~~redacted~~ | | | | | | |
| 22244 | 11/6/2022 | 450.00 | 20.16 | 27.90 | 6.53 | | 13.89 | | | 2.: |
| 22245 | 11/13/2022 | 450.00 | 20.16 | 27.90 | 6.53 | | 13.89 | | | 2.: |
| 22243 | 11/20/2022 | 450.00 | 20.16 | 27.90 | 6.53 | | 13.89 | | | 2.: |
| 22249 | 11/27/2022 | 450.00 | 20.16 | 27.90 | 6.53 | | 13.89 | | | 2.: |
| 22255 | 12/4/2022 | 450.00 | 20.16 | 27.90 | 6.53 | | 13.89 | | | 2.: |
| 22260 | 12/11/2022 | 450.00 | 20.16 | 27.90 | 6.53 | | 13.89 | | | 2.: |
| 22265 | 12/18/2022 | 450.00 | 20.16 | 27.90 | 6.53 | | 13.89 | | | 2.: |
| 22270 | 12/25/2022 | 450.00 | 20.16 | 27.90 | 6.53 | | 13.89 | | | 2.: |
| | Subtotal Qtr 4: | 3,600.00 | 161.28 | 223.20 | 52.24 | 0.00 | 111.12 | 0.00 | 0.00 | 18.4 |
| | Total YTD: | 3,600.00 | 161.28 | 223.20 | 52.24 | 0.00 | 111.12 | 0.00 | 0.00 | 18.4 |

## KARENA FOOD INC

### Employee History (Condensed), Jan 1, 2023 - Dec 31, 2023

31-0767482 :                                                                                                         Page: 1

| Fed Tax W/H | Soc. Sec. W/H | Medicare W/H | Add. Med. W/H | State Tax W/H | NYC W/H | Yonkers W/H | NY PFL W/H | SDI W/H | Net |
|---|---|---|---|---|---|---|---|---|---|
| 158-~~~~ | | | | | | | | | |
| 20.00 | 27.90 | 6.53 | | 13.75 | | | 2.05 | | 379.77 |
| 20.00 | 27.90 | 6.53 | | 13.75 | | | 2.05 | | 379.77 |
| 20.00 | 27.90 | 6.53 | | 13.75 | | | 2.05 | | 379.77 |
| 20.00 | 27.90 | 6.53 | | 13.75 | | | 2.05 | | 379.77 |
| 20.00 | 27.90 | 6.53 | | 13.75 | | | 2.05 | | 379.77 |
| 20.00 | 27.90 | 6.53 | | 13.75 | | | 2.05 | | 379.77 |
| 20.00 | 27.90 | 6.53 | | 13.75 | | | 2.05 | | 379.77 |
| 20.00 | 27.90 | 6.53 | | 13.75 | | | 2.05 | | 379.77 |
| 160.00 | 223.20 | 52.24 | 0.00 | 110.00 | 0.00 | 0.00 | 16.40 | 0.00 | 3,038.16 |
| 20.00 | 27.90 | 6.53 | | 13.75 | | | 2.05 | | 379.77 |
| 20.00 | 27.90 | 6.53 | | 13.75 | | | 2.05 | | 379.77 |
| 20.00 | 27.90 | 6.53 | | 13.75 | | | 2.05 | | 379.77 |
| 20.00 | 27.90 | 6.53 | | 13.75 | | | 2.05 | | 379.77 |
| 20.00 | 27.90 | 6.53 | | 13.75 | | | 2.05 | | 379.77 |
| 20.00 | 27.90 | 6.53 | | 13.75 | | | 2.05 | | 379.77 |
| 20.00 | 27.90 | 6.53 | | 13.75 | | | 2.05 | | 379.77 |
| 140.00 | 195.30 | 45.71 | 0.00 | 96.25 | 0.00 | 0.00 | 14.35 | 0.00 | 2,658.39 |
| 300.00 | 418.50 | 97.95 | 0.00 | 206.25 | 0.00 | 0.00 | 30.75 | 0.00 | 5,696.55 |

## DEK FOOD INC
### Employee History (Condensed), Jan 1, 2023 - Dec 31, 2023

Date: 11/25/2023    TIN: 84-1925675

| Check No. | Pay Date | Taxable Comp | Fed Tax W/H | Soc. Sec. W/H | Medicare W/H | Add. Med. W/H | State Tax W/H | NYC W/H | Yonkers W/H | NY |
|---|---|---|---|---|---|---|---|---|---|---|
| **SEHGA, VIPIN** | | | 158- | | | | | | | |
| ✓ 23086 | 4/16/2023 | 500.00 | 23.81 | 31.00 | 7.25 | | 16.50 | | | 2. |
| ✓ 23092 | 4/23/2023 | 500.00 | 23.81 | 31.00 | 7.25 | | 16.50 | | | 2. |
| ✓ 23098 | 4/30/2023 | 500.00 | 23.81 | 31.00 | 7.25 | | 16.50 | | | 2. |
| ✓ 23106 | 5/7/2023 | 500.00 | 23.81 | 31.00 | 7.25 | | 16.50 | | | 2. |
| ✓ 23112 | 5/14/2023 | 500.00 | 23.81 | 31.00 | 7.25 | | 16.50 | | | 2. |
| ✓ 23118 | 5/21/2023 | 500.00 | 23.81 | 31.00 | 7.25 | | 16.50 | | | 2. |
| ✓ 23124 | 5/28/2023 | 500.00 | 23.81 | 31.00 | 7.25 | | 16.50 | | | 2. |
| | Subtotal Qtr 2: | 3,500.00 | 166.67 | 217.00 | 50.75 | 0.00 | 115.50 | 0.00 | 0.00 | 15. |
| | Total YTD: | 3,500.00 | 166.67 | 217.00 | 50.75 | 0.00 | 115.50 | 0.00 | 0.00 | 15. |

2313I 06/04