EXHIBIT B



**DEK FOOD INC**
120 Cedar Street
NEW YORK, NY 10006

23131

CHASE

DATE    08/04/2023

AMOUNT: $\*\*419.16

PAY TO THE
ORDER OF    VIPIN SEHGA

Four Hundred Nineteen and 16/100 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Dollars

VIPIN SEHGA
80-15 KING GEORGE BG, APT 537
ELMHURST, NY 11373

⑈23131⑈ ⑆021000021⑆ 828759132⑈

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York Inc
CC905 7622 ROOSEVELT AVE
8704755359

> DocuGard 04532 = 18 Security Features
• DocuGard checks are Check-21 compliant
• Prints "VOID" on front when duplicated
• Patterned background highlights erasure alterations
• Two-tone colors on front add a layer of security
• Security warning is printed on front of check
• Red shield on front is heat-sensitive and disappears if subject to heat or touch
• Watermark on back can be seen when check is held on an angle
• Coin-reactive ink on watermark changes color when scratched with a coin
• Check verification number is part of the watermark
• Alter text print contains the DocuGard name and is difficult to copy
• Anti-splice backer deters splicing of information
• Endorsement area prints "VOID" when duplicated
• Security Features Box lists tamper-resistant attributes

Absence of any of these features may indicate alteration.
DocuGard is a registered mark of the Check Payment System Association.

Scratch box for
verification number

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 15 SECURITY FEATURES

**KARENA FOOD INC**
**MUGHLAI IN  IAN CUISNE**
1724 2ND AVE
NEW YORK, NY 10128
(212) 722-6262

CHASE BANK

23128

DATE:    06/04/2023

PAY TO THE
ORDER OF    VIPIN SEHGAL

AMOUNT:    $**379.77

Three Hundred Seventy-Nine and 77/100 ***********************************************************Dollars

VIPIN SEHGAL
80-15 KING GEORGE BG, APT 537
ELMHURST, NY 11373

⑈23128⑈  ⑆021000021⑆  375321228⑈

**15 Security Features**
• Docuelient 0458B – 18 Security Features
• Deposited checks are Check 21 compliant
• Fonts "VOID" on front when reproduced
• Patterned background highlights easy-on alterations
• Two-tone colors on front add a layer of security
• Security warning is printed on front of check
• "Pad added dot pattern is heat-sensitive and disappears if subject to heat or light"
• Watermark ... +VDP can be seen when check is held on an angle
• Color-reactive ink on reverse ink changes color when scratched with a coin
• Check verification number is part of the watermark
• Microthin print conceals the DocuCert name and is difficult to copy
• Anti-copy border shows splicing of information
• Fluorescent fibers emits "VDP" when duplicated
• Security Features fields tamper-resistant attributes

Scramble box for
verification number

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York Inc
CC90S 7622 ROOSEVELT AVE
8704758359

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE



**23124**

DATE: 05/28/2023

DEK FOOD INC.
120 Cedar Street
NEW YORK, NY 10006

CHASE

PAY TO THE
ORDER OF   VIPIN SEHGA

Four Hundred Nineteen and 16/100 ****************************************Dollars

AMOUNT: $**419.16

VIPIN SEHGA
80-15 KING GEORGE BG. APT 537
ELMHURST, NY 11373

⑈231⑈24⑈ ⑈:021000021⑈ 8267519329⑈

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York Inc
CC905 7622 ROOSEVELT AVE
8704755359

DocuGard 04532 – 19 Security Features
- DocuGard checks are Check-21 compliant
- Prints "VOID" on front when duplicated
- Patterned background highlights erasure alterations
- Two-tone colors on front add a layer of security
- Security warning is printed on front of check
- Red shield on front is heat sensitive and disappears if subject to heat or touch
- Watermark on back can be seen when check is held on an angle
- Coin-reactive ink on watermark changes color when scratched with a coin
- Check verification number is part of the watermark
- Microtext print contains the DocuGard name and is difficult to copy
- Anti-splice tracker deters splicing of information
- Endorsement area prints "VOID" when duplicated
- Security Features Box lists tamper-resistant attributes

Absence of any of these features may indicate alteration.
Padlock icon is a registered mark of the Check Payment Systems Association.

Scratch box for verification number







KARENA FOOD INC
MUGHLAI INDIAN CUISNE
1724 2ND AVE
NEW YORK, NY 10128
(212) 722-6262

23114

CHASE BANK

DATE.    05/21/2023

AMOUNT:    $**379.77

PAY TO THE
ORDER OF-    VIPIN SEHGAL

Three Hundred Seventy-Nine and 77/100 ***************************************Dollars

VIPIN SEHGAL
80-15 KING GEORGE BG, APT 537
ELMHURST, NY 11373

⑈23114⑈ ⑈021000021⑈ 3753212228⑈

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York Inc
CC905 7622 ROOSEVELT AVE
8704755359

DocuGard C4532 – 13 Security Features                Scratch box for
• DocuGard checks are Check-21 compliant             verification number
• Prints "VOID" on front when duplicated
• Patterned background highlights erasure alterations
• Two-tone colors on front add a layer of security
• Security warning is printed on front of check
• Red shield on front is heat-sensitive and disappears if subject
  to heat or touch
• Watermark on back can be seen when check is held on an angle
• Coin-reactive ink on watermark changes color when
  scratched with a coin
• Check verification number is part of the watermark
• Microtext print contains the DocuGard name and is difficult to copy
• Anti-splice backer deters splicing of information
• Endorsement area prints "VOID" when duplicated
• Security Features Box lists tamper-resistant attributes

Absence of any of these features may indicate alteration.



DEK FOOD INC.
120 Cedar Street
NEW YORK, NY 10006

23106

DATE: 05/07/2023

PAY TO THE
ORDER OF    VIPIN SEHGAL

AMOUNT: $**419.16

Four Hundred Nineteen and 16/100 ********************************************Dollars

CHASE

VIPIN SEHGA
80-15 KING GEORGE BG, APT 537
ELMHURST, NY 11373

⑈23106⑈ ⑆021000021⑆ 8267519321⑈

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York Inc
CC905 7622 ROOSEVELT AVE
8704755359

DocuGard 04532 – 13 Security Features
Scratch box for
verification number

• DocuGard checks are Check-21 compliant
• Prints "VOID" on front when duplicated
• Patterned background highlights erasure alterations
• Two tone colors on front add a layer of security
• Security warning is printed on front of check
• Red shield on front is heat-sensitive and disappears if subject
  to heat or touch
• Watermark on back can be seen when check is held on an angle
• Coin reactive ink on watermark changes color when
  scratched with a coin
• Check verification number is part of the watermark
• Microtext print contains the DocuGard name and is difficult to copy
• Anti-splice backer deters splicing of information
• Endorsement area prints "VOID" when duplicated
• Security Features flux byte tamper-resistant all sides

Absence of any of these features may indicate alteration.



23102

DATE: 05/07/2023

KARENA FOOD INC
MUGHLAI INDIAN CUISINE
1724 2ND AVE
NEW YORK, NY 10128
(212) 722-6262

PAY TO THE
ORDER OF: VIPIN SEHGAL

AMOUNT: $**379:77

Three Hundred Seventy-Nine and 77/100 ************************Dollars

VIPIN SEHGAL
80-15 KING GEORGE BG, APT 537
ELMHURST, NY 11373

CHASE BANK

⑂23102⑂ ⑂021000021⑂ 3753212 28⑂

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York Inc
CC905 7622 ROOSEVELT AVE
8704755359



DEK FOOD INC.
120 Cedar Street
NEW YORK, NY 10006

23098

DATE: 04/30/2023

PAY TO THE
ORDER OF    VIPIN SEHGAL

Four Hundred Nineteen and 16/100 **************************************Dollars

AMOUNT: $**419.16

VIPIN SEHGA
80-15 KING GEORGE BG., APT 537
ELMHURST, NY 11373

CHASE

⑈23098⑈ ⑈021000021⑈ 826751932⑈

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York Inc
CC905 7622 ROOSEVELT AVE
8704755359

DocuGard 04533 - 13 Security Features:
• DocuGard checks are Check-21 compliant
• Prints "VOID" on front when duplicated
• Patterned background highlights erasure alteration
• Two-tone colors on front add a layer of security
• Security warning is printed on front of check
• Red shield on front is heat-sensitive and disappears if subject to heat or touch
• Watermark on back can be seen when check is held on an angle
• Coin-reactive ink on watermark changes color when scratched with a coin
• Check verification number is part of the watermark
• Microprint print contains the DocuGard name and is difficult to copy
• Anti splice backer deters splicing of information
• Endorsement area prints "VOID" when duplicated
• Security Features Box lists tamper resistant attributes

Absence of any of these features may indicate alteration.

Scratch box for verification number



**KARENA FOOD INC**
**MUGHLAI INDIAN CUISNE**
1724 2ND AVE
NEW YORK, NY 10128
(212) 722-6262

23094

DATE: 04/30/2023

PAY TO THE
ORDER OF    VIPIN SEHGAL                    AMOUNT $**379.77

Three Hundred Seventy-Nine and 77/100 ********************************************Dollars

CHASE BANK

VIPIN SEHGAL
80-15 KING GEORGE BG, APT 537
ELMHURST, NY 11373

⑈23094⑈ ⑆021000021⑆ 375361228⑈

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York Inc
CG905 7622 ROOSEVELT AVE
8704755359



DEK FOOD INC
120 Cedar Street
NEW YORK, NY 10006

PAY TO THE
ORDER OF    VIPIN SEHGAL

Four Hundred Nineteen and 16/100 ********Dollars

VIPIN SEHGA
80-15 KING GEORGE BG, APT 537
ELMHURST, NY 11373

23092

DATE  04/21/2023

AMOUNT  $**419.16**

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York Inc
CC905 7622 ROOSEVELT AVE
8704755359

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE



IMAGE DETAILS

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

**DEK FOOD INC**
120 Cedar Street
NEW YORK, NY 10006

CHASE

DATE

PAY TO THE
ORDER OF    VIPIN SEHGA

AMOUNT:  $**

Four Hundred Nineteen and 16/100 *********************************************************Dollars

VIPIN SEHGA
80-15 KING GEORGE BG, APT 537
ELMHURST, NY 11373

⑈"23086⑈"  ⑆⑂210000211⑆:  826751932⑈"



23084

KAREENA FOOD INC
MUGHLAI INDIAN CUISINE
1724 2ND AVE
NEW YORK, NY 10128
(212) 722-8282

CHASE BANK

DATE: 04/16/2023

PAY TO THE
ORDER OF    VIPIN SEHGAL

AMOUNT: $**379.77

Three Hundred Seventy-Nine and 77/100 ************************************Dollars

VIPIN JEHGAL
80-15 KING GEORGE BG, APT 537
ELMHURST, NY 11373

⑈23084⑈ ⑆021000021⑆ 3753212 28⑈

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York Inc
GC905-7622 ROOSEVELT AVE
8704755359

DocuGard 04565 – 13 Security Features
• DocuGard checks are Check-21 compliant
• Prints "VOID" on front when duplicated
• Patterned background highlights cut/cut alterations
• Two-tone colors on front add a layer of security
• Security warning is printed on front of check
• Red shield on front is heat-sensitive and disappears subject to heat or touch
• Watermark on back can be seen when check is held on an angle
• Coin-reactive ink on watermark changes color when scratched with a coin
• Check verification number is part of the watermark
• Microtext print contains the DocuGard name and is difficult to copy
• Anti-splice backer deters splicing of information
• Endorsement area prints "VOID" when duplicated
• Security Features illustrate tamper-resistant attributes
Absence of any of these features may indicate alteration.
Scratch box for verification number

OTHER

| TAX DEDUCTIBLE | | | BALANCE | |

DELUXE CORP 1·800-328-0304

3352

BAL. BRO'T FOR'D

DATE ___ 04/03/23

TO ___ Vipin Sehgal

DEPOSITS

FOR ___ WK End

| | TOTAL | |
| 04/02/23 | THIS CHECK | 791 66 |
| 108 shifts | OTHER | |

| TAX DEDUCTIBLE | | BALANCE | |



KARENA FOODS INC
1724 2ND AVE
NEW YORK, NY 10128

5726

1-2/210

DATE 02/23/22

$ 1137 66/100

PAY TO THE
ORDER OF Vipin Sehgal

One Thousand One Hundred Thirty Seven 66/100 DOLLARS

CHASE O
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR Refund ZCC7 East Bay cc Air (full)

ENDORSE HERE

212 - 748 - 9199

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

AT _____
NAME OF FINANCIAL INSTITUTION ___ DATE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR INANCIAL INSTITUTION USE *

Pay to the order of
Northbrook Bank
For Deposit Ohly
PLS Check Cashers of New York Inc
CC905 7622 ROOSEVELT AVE
8704755359

Ronald Lost Check



5725

1/2/210

DATE 02/03/23

$ 1237 ⁵⁹/₁₀₀

KARENA FOODS INC
1724 2ND AVE
NEW YORK, NY 10128

PAY
TO THE
ORDER OF   VIPIN SEHGAL

One Thousand Two Hundred Thirty Seven & 59/100 _____ DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR Pemb Lost checks disful

⑆005725⑆ ⑈021000021⑈ 375212128⑈

ENDORSE HERE
212-748-9199
6

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION         DATE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York Inc
CC905 7622 ROOSEVELT AVE
8704755359

Pemb. Lost checks



KARENA FOOD INC
MUGHLAI IN "AN CUISINE
1724 2ND AVE
NEW YORK, NY 10128
(212) 722-6262

23041

CHASE BANK

DATE: 02/19/2023

AMOUNT: $**379.77

PAY TO THE
ORDER OF    VIPIN SEHGAL

Three Hundred Seventy-Nine and 77/100 ***********************************Dollars

VIPIN SEHGAL
80-15 KING GEORGE BG, APT 537
ELMHURST, NY 11373

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York Inc
CC905 7622 ROOSEVELT AVE
8704765359





KARENA FOOD INC
MUGHLAI INDIAN CUISNE
1724 2ND AVE
NEW YORK, NY 10128
(212) 722-6262

23034

DATE: 02/12/2023

PAY TO THE
ORDER OF    VIPIN SEHGAL                     AMOUNT: $**379.77

Three Hundred Seventy-Nine and 77/100 ***************************Dollars

CHASE BANK

VIPIN SEHGAL
80-15 KING GEORGE BG, APT 537
ELMHURST, NY 11373

⑆23034⑆ ⑈021000021⑈ 3753122280⑆

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York. Inc.
CC955 146 W. 55th Street
8703123278



KARENA, OODS INC
1724 2ND AVE
NEW YORK, NY 10128

5696                    1-2/210

DATE 02/13/23

PAY TO THE ORDER OF  VIPIN SEHGAL              $ 420 83/100

Four Hundred Twenty & 83/100                         DOLLARS

CHASE ◯
JPMorgan Chase Bank, N.A.
www.chase.com

FOR  WE E... 02/12/23

⑆0056 96⑆ ⑆0 210000 2⑆⑆ 3753212 28⑆⑆

ENDORSE HERE

212 - 748 - 9199

⬜ CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION        DATE

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York, Inc.
CC955 140 W 55th Street
8703123278



23029

DATE: 02/05/2023

AMOUNT: $**379.77

Three Hundred Seventy-Nine and 77/100 **************************Dollars

ARENA FOOD INC
MUGHLAI INDIAN CUISINE
1724 2ND AVE
NEW YORK, NY 10128
(212) 722-6262

VIPIN SEHGAL

VIPIN SEHGAL
80-15 KING GEORGE RD APT 6W
ELMHURST, NY 11373

CHASE BANK

⑈230 29⑈ ⑈0 2⑈0000 2⑈⑈ 3753 2⑈28⑈

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

212-748-

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York, Inc.
CC955 140 W 55th Street
8703123278

DocuGard 04693 – 13 Security Features    Scratch box for verification number
• DocuGard checks are Check-21 compliant
• Prints "VOID" on front when duplicated
• Patterned background highlights erasure alterations
• Two-tone colors on front add a layer of security
• Security warning is printed on front of check
• Red shield on front is heat sensitive and disappears if subject to heat or touch
• Watermark on back can be seen when check is held on an angle
• Coin-reactive ink on watermark changes color when scratched with a coin
• Check verification number is part of the watermark
• Microtext print contains the DocuGard name and is difficult to copy
• Anti-splice border deters splicing of information
• Endorsement area prints "VOID" when duplicated
• Security Features Box lists tamper-resistant attributes

Absence of any of these features may indicate alteration.
© Padlock icon is a registered mark of the Check Payment Systems Association.