



3203

DATE 02/06/23

TO Vipin Sehgal

FOR Wcford

02/05/23

Vipb
Pdfrom Karachi

TAX DEDUCTIBLE

BAL.
BRO'T
FOR'D

DEPOSITS

TOTAL

THIS CHECK  500

OTHER

BALANCE

3204

BAL.
BRO'T
FOR'D



KARENA FOODING
MUGHLAI INDIAN CUISINE
1724 2ND AVE
NEW YORK, NY 10128
(212) 722-6262

23024

DATE    01/29/2023

PAY TO THE
ORDER OF    VIPIN SEHGAL

AMOUNT: $**379.77

Three Hundred Seventy-Nine and 77/100 ************************************Dollars

CHASE BANK

VIPIN SEHGAL
80-15 KING GEORGE
ELMHURST, NY 11373

⑈23024⑈ ⑈021000021⑈ 375312128⑈

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York, Inc.
CC955 140 W 55th Street
8703123278



3185

DATE 01/30/23

TO Vipin Sehgal
Wiered 01/29/23

FOR 138 Lifts
950.w
1Shift 80.w
1030.w
450.w
580w

TAX DEDUCTIBLE Day Cee

BAL. BRO'T FOR'D

TOTAL

THIS CHECK  580 w

OTHER

BALANCE

3186

DATE 01/30/23

TO Jana





23019

DATE. 01/22/2023

CHASE BANK

KARENA FOOD INC
MUGHLAI INDIAN CUISNE
1724 2ND AVE
NEW YORK, NY 0128
(212) 722-6252

PAY TO THE
ORDER OF    VIPIN SEHGAL

AMOUNT: $**379.77

Three Hundred Seventy-Nine and 77/100 ****************************Dollars

VIPIN SEHGAL
80-15 KING GEORGE BG, APT.537
ELMHURST, NY 11373

TO VERIFY AUTHENTICITY SEE REVERSE FOR FOR DESCRIPTION OF THE 13 SECURITY FEATURES

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

Pay to the order of
Northbrook Bank
For Deposit Only
PL'S Check Cashers of New York Inc
CC905 7622 ROOSEVELT AVE
8704755359

DocuGard 04533 - 13 Security Features
• DocuGard checks are Check-21 compliant
• Prints "VOID" on front when duplicated
• Patterned background highlights erasure alterations
• Two-tone colors on front add a layer of security
• Security warning is printed on front of check
• Red shield on front is heat-sensitive and disappears if subject to heat or touch
• Watermark on back can be seen when check is held on an angle
• Coin-reactive ink on watermark changes color when scratched with a coin
• Check verification number is part of the watermark
• Microtext print contains the DocuGard name and is difficult to copy
• Anti-splice backer deters splicing of information
• Pantograph area prints "VOID" when duplicated
• Security features box lists tamper-resistant attributes

Absence of any of these features may indicate alteration.
A Product and service mark of the Check Payment Systems A...

Scratch box for
verification number



IMAGE DETAILS

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 13 SECURITY FEATURES

**KARENA FOOD INC**
**MUGHLAI INDIAN CUISNE**
1724  2ND AVE
NEW YORK, NY 10128
(212) 722-6262

CHASE BANK

DATE:

PAY TO THE
ORDER OF    VIPIN SEHGAL

AMOUNT:  $

Three Hundred Seventy-Nine and 77/100 ************************************************Dollars

VIPIN SEHGAL
80-15 KING GEORGE BG, APT 537
ELMHURST, NY 11373

⑈230⑈⑈⑈  ⑈021000021⑈  375321228⑈



212-748-9199

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York Inc
CC905 7622 ROOSEVELT AVE
8704755359

KARENA FOODS INC
7724 2ND AVE
NEW YORK, NY 10128

5585

1-2/210

DATE 01/09/23    $ 183 33/100

PAY TO THE ORDER OF VIPIN SEHGAL

One Hundred Eighty Three & 33/100    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.chase.com

FOR Lic Fee 01/08/23

⑆00558 5⑆ ⑈02100002⑈ 37532 12 28⑆



KARENA FOOD INC
MUGHLAI INDIAN CUISNE
1724 2ND AVE
NEW YORK, NY .  128
(212) 722-6262

23009

DATE:  01/08/2023

PAY TO THE
ORDER OF    VIPIN SEHGAL

AMOUNT:  $**379.77

Three Hundred Seventy-Nine and 77/100 ********************************************Dollars

CHASE BANK

VIPIN SEHGAL
80-15 KING GEORGE BG, APT 537
ELMHURST, NY 11373

⑈23009⑈ ⑆021000005⑆ 375 3 2 2 28⑈

ENDORSE CHECK HERE
DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York Inc
CC905 7622 ROOSEVELT AVE
8704755359



KARENA FOODS INC
1724 2ND AVE
NEW YORK, NY 10128

PAY
TO THE
ORDER OF   VIPIN SEHGAL

Five Hundred Seventy Nine & 16/100   DOLLARS

CHASE
JPMorgan Chase Bank, N.A.

FOR Week End 12/18/22

DATE 12/9/22

$ 579 16/100

5482

1-2/210

ENDORSE HERE
212-748-9199

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY
AT _____   DATE . . . _ _ . _
NAME OF FINANCIAL INSTITUTION
DO NOT WRITE, STAMP OR SIGN BELOW THIS
RESERVED FOR FINANCIAL INSTITUTION USE

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York Inc
CC909 7622 ROOSEVELT AVE
3704755359



KARENA FOODS INC
1724 2ND AVE
NEW YORK, NY 10128

5447

1-2/210

DATE 12/12/22

PAY TO THE ORDER OF VIPIN SEHGAL

Six Hundred Thirty Three & 33/100 DOLLARS

$ 633.33

CHASE
JPMorgan Chase Bank, N.A.
www.chase.com

FOR Lab Supplies 12/11/22

⑆005447⑆  ⑈021000021⑈  7753212128⑈

ENDORSE HERE

818-748-9199

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION          DATE

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York Inc
CC905 7622 ROOSEVELT AVE
8704755359



5414

1/2/210

KARENA FOODS INC
1724 2ND AVE
NEW YORK, NY 10128

DATE    11/28/22

PAY
TO THE
ORDER OF    VIPIN SEHGAL    $ 950

Nine Hundred Fifty & xx    DOLLARS

CHASE ◻
JPMorgan Chase Bank, N.A.
www.chase.com

FOR    Life 2nd 11/21/22

⑃"005414⑃"  ⑃:021000021⑃:  3 753 21 2 28⑃"

912-748-9199

ENDORSE HERE

☐ CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION    DATE

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York Inc
CC905 7622 ROOSEVELT AVE
8704755359



KARENA FOODS INC.
1724 2ND AVE
NEW YORK, NY 10128

5374

1-2/210

DATE 11/28/22

PAY TO THE ORDER OF   Vipin Sehgal                    $ 412.49

Four Hundred Twelve & 49/100                          DOLLARS

CHASE ⬡
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR LABEL 11/27/22

⑆00 5374⑆  ⑈0210000 21⑈  3753 21 2 28⑈

ENDORSE HERE

212 - 748 - 9199

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York Inc
CC905 7622 ROOSEVELT AVE
8704755359







22249

CHASE BANK

DATE   11/27/2022

AMOUNT   $**379.22

KARENA FOOD INC
MUGHLAI INDIAN CUISINE
1724 2ND AVE
NEW YORK, NY 10128
(212) 722-5262

PAY TO THE
ORDER OF   VIPIN SEHGAL

Three Hundred Seventy-Nine and 22/100 ************************************************ Dollars

VIPIN SEHGAL
80-15 KING GEORGE BG, APT 537
ELMHURST, NY 11373

ORIGINAL CHECK HAS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

⑈2224⑈ ⑈021000021⑈ 3753212 28⑈

ENDORSE HERE
212-748-9199

☐ CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DATE ........................

SCRATCH HERE WITH COIN TO VERIFY AUTHENTICITY

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York Inc
CG905 7622 ROOSEVELT AVE
8704755359

DO NOT STAMP BELOW - RESERVED FOR FINANCIAL INSTITUTION USE

SCRATCH HERE WITH COIN TO VERIFY AUTHENTICITY

🔒  THIS CHECK CONTAINS THE FOLLOWING SECURITY FEATURES

• Microtext print on front Check Border
• "VOID" appears on front when duplicated
• The pink Eagle on front is Heat sensitive will fade with heat or rubbing
• Alert band, the document contains security features
• Prismatic colors to enhance security
• The hidden convent lines on back is multi-level print
• Watermark "ORIGINAL DOCUMENT"
• Watermark "EAGLE MULTIDIRECTION" on back
• Watermark changes color when scratched with coin
• Both sided background highlights protect alterations
• Ballons has deceptive security features
• Check 21 compliant
• Check bo- or back if mobile deposited
• View words "ORIGINAL DOCUMENT" on back when held at any angle

ORIGINAL CHECK HAS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

22243

KARENA FOOD INC
MUGHLAI INDIAN CUISNE
1724 2ND AVE
NEW YORK, NY 10128
(212) 722-6262

CHASE BANK

DATE    11/20/2022

PAY TO THE
ORDER OF    VIPIN SEHGAL

AMOUNT:    $**379.22

Three Hundred Seventy-Nine and 22/100 ******************************************************Dollars

VIPIN SEHGAL
80-15 KING GEORGE BG, APT 537
ELMHURST, NY 11373

⑈22243⑈ ⑈021000021⑈ 3753212128⑈

ENDORSE HERE
212-748-9199

☐ CHECK HERE AT FOR MOBILE OR REMOTE DEPOSIT
DATE

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE · RESERVED FOR FINANCIAL INSTITUTION USE

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York Inc
CC905 7622 ROOSEVELT AVE
8704755359

SCRATCH HERE WITH COIN TO VERIFY AUTHENTICITY

THIS CHECK CONTAINS THE FOLLOWING SECURITY FEATURES:
· Microtext print on Front Check Border
· VOID appears on front when duplicated
· The pink Eagle on front is Heat sensitive will fade with heat or rubbing
· Alert band, the document contains security features
· Prismatic colors to enhance security
· The Endorsement lines on back is Microtext print
· Watermark "ORIGINAL DOCUMENT"
· Watermark "FACE & PROTECTION" on back
· Watermark changes color when scratched yellow
· Printed background highlights protected area
· Users box describes security features
· Check for remittance
· Check box on back if mobile deposited
· View back "ORIGINAL DOCUMENT" on back when you scratch it

22245

KARENA FOOD INC
MUGHLAI INDIAN CUISINE
1724 2ND AVE
NEW YORK, NY 10128
(212) 722-6262

CHASE BANK

DATE  11/13/2022

PAY TO THE
ORDER OF     VIPIN SEHGAL

AMOUNT:  $**379.22

Three Hundred Seventy-Nine and 22/100 ***************************************Dollars

VIPIN SEHGAL
80-15 KING GEORGE BG, APT 537
ELMHURST, NY 11373

ORIGINAL CHECK HAS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

⑈22245⑈ ⑈021000021⑈ 3753212128⑈

ENDORSE HERE
812 - 748 - 9199
6a

☐ CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DATE

SCRATCH HERE WITH COIN TO VERIFY AUTHENTICITY

Pay to the order of
Northbrook Bank
DO NOT WRITE STAMP OR SIGN BELOW - RESERVED FOR FINANCIAL INSTITUTION USE
For Deposit Only
PLS Check Cashers of New York Inc
GC905 7622 ROOSEVELT AVE
8704765359

SCRATCH HERE WITH COIN TO VERIFY AUTHENTICITY

🔒  THIS CHECK CONTAINS THE FOLLOWING SECURITY FEATURES

• Microtext print on front check border
• "VOID" appears on front when duplicated
• The pink Eagle on front to heat sensitive will fade with heat or rubbing
• About band, the document contains security features.
• Prismatic color to enhance security
• The borders at lines on back is bicontrol print
• Watermark "ORIGINAL DOCUMENT"
• Watermark "EAGLE PROTECTION" on back
• Watermark changes color when scratched with coin
• Patterned background highlights against alterations
• Lettering box describes security features
• Check 21 Compliant
• Check box on back if mobile deposited
• View words "ORIGINAL DOCUMENT" on back when held at an angle

22244

CHASE BANK

DATE: 11/06/2022

KARENA FOOD INC
MUGHLAI INDIAN CUISNE
1724 2ND AVE
NEW YORK, NY 10128
(212) 722-6262

PAY TO THE
ORDER OF    VIPIN SEHGAL

AMOUNT: $**379.22

Three Hundred Seventy-Nine and 22/100 **********************************Dollars

VIPIN SEHGAL
80-15 KING GEORGE BG, APT 537
ELM. URST, NY 11373

ORIGINAL CHECK HAS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

⑆22244⑆ ⑇021000021⑈ 37532228⑈

ENDORSE HERE

212-748-9799

☐ CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
DATE ........

Pay to the order of
Northborough Bank
For Deposit Only
PLS Check Cashers of New York Inc
CC905 7622 ROOSEVELT AVE
8704755359

SCRATCH HERE WITH COIN TO VERIFY AUTHENTICITY

🔒 THIS CHECK CONTAINS THE FOLLOWING SECURITY FEATURES

• Microtext print on front Check Border
• "VOID" appears on front when duplicated
• The pink Eagle on front is Heat sensitive will fade with heat or rubbing
• Alert band, the document contains security features.
• Prismatic colors to enhance security
• The endorsement lines on back is Microtext print
• Watermark "ORIGINAL DOCUMENT"
• Watermark "EAGLE PROFILE LIGHT" on back
• Watermark changes color when scratched with coin
• Patterned background highlights protect alterations
• Endings text describes security features
• Check 21 compliant
• Check box on back if mailer deposited
• View words "ORIGINAL DOCUMENT" on back when held at 15° angle



3137

DATE 11/28/22

TO Mukesh

FOR WKEnd
11/08/22
Sehgal
Viphoe
12 Shfts

DEPOSITS

BAL. BRO'T FOR'D

TOTAL

THIS CHECK    950 w

OTHER

BALANCE

TAX DEDUCTIBLE

3138    BAL. BRO'T

3142

DELUXE CORP. 1-800-328-0304

BAL.
BRO'T
FOR'D

DATE 11/28/22

TO Vidhi Bengal

Wk from 10/31 to 11/06 128 Lift

FOR 11/7 to 11/13 108h
11/14 to 11/20 118 h
11/21 to 11/27 128 h
CHECK 412 49

Total 3562.49
4 Pay cks 1800
Cas Check 950
Cash
Ck 412.49



KARENA FOODS INC
1724 2ND AVE
NEW YORK, NY 10128

5273

1-2/210

DATE 10/31/22

PAY TO THE ORDER OF *VIPIN SEHGAL*

$ 750 XX/100

Seven Hundred Fifty & xx/100 ————— DOLLARS

CHASE ◯
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR: Bev 5

⑈005273⑈ ⑈02⑈0000021⑈  3753212280⑈

Pay to the order of
Northbrook Bank
For Deposit Only
PLS Check Cashers of New York Inc
CC905 7622 ROOSEVELT AVE
8704765359

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY
8/2-748-9199