EXHIBIT C

## Form W-2 Wage and Tax Statement — 2023

**a Employee's social security number:** (redacted)
**b Employer ID number (EIN):** 81-0767482
**c Employer's name, address, and ZIP code:**
KARENA FOOD INC
MUGHLAI INDIAN CUISNE
1724 2ND AVE
NEW YORK NY 10128

**e Employee's name, address, and ZIP code:**
VIPIN SEHGAL
80-15 KING GEORGE BG, APT 537
ELMHURST NY 11373

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 6750.00 |
| 2 | Federal income tax withheld | 300.00 |
| 3 | Social security wages | 6750.00 |
| 4 | Social security tax withheld | 418.50 |
| 5 | Medicare wages and tips | 6750.00 |
| 6 | Medicare tax withheld | 97.95 |
| 13 | Retirement plan | X |
| 14 | Other: NY PFL | 30.75 |
| 15 | State / Employer's state ID number | NY 81076748Z |
| 16 | State wages, tips, etc | 6750.00 |
| 17 | State income tax | 206.25 |

Copy D — To Be Filed With Employee's FEDERAL Tax Return
Dept of the Treasury - IRS

---

## Form W-2 Wage and Tax Statement — 2023 (Copy 2)

**a Employee's social security number:** 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
**b Employer ID number (EIN):** 81-0767482
**c Employer's name, address, and ZIP code:**
KARENA FOOD INC
MUGHLAI INDIAN CUISNE
1724 2ND AVE
NEW YORK NY 10128

**e Employee's name, address, and ZIP code:**
VIPIN SEHGAL
80-15 KING GEORGE BG, APT 537
ELMHURST NY 11373

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 6750.00 |
| 2 | Federal income tax withheld | 300.00 |
| 3 | Social security wages | 6750.00 |
| 4 | Social security tax withheld | 418.50 |
| 5 | Medicare wages and tips | 6750.00 |
| 6 | Medicare tax withheld | 97.95 |
| 13 | Retirement plan | X |
| 14 | Other: NY PFL | 30.75 |
| 15 | State / Employer's state ID number | NY 81076748Z |
| 16 | State wages, tips, etc | 6750.00 |
| 17 | State income tax | 206.25 |

Copy 2 — To be Filed With Employee's State, City, or Local Income Tax Return
Dept of the Treasury - IRS

## Form W-2 Wage and Tax Statement 2023

**a Employee's social security number:** (redacted)
**OMB No. 1545-0008**

**b Employer ID number (EIN):** 84-1925675

**c Employer's name, address, and ZIP code:**
DEK FOOD INC
120 Cedar Street
NEW YORK NY 10006

**e Employee's name, address, and ZIP code:**
VIPIN SEHGA
80-15 KING GEORGE BG, APT 537
ELMHURST NY 11373

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 3500.00 |
| 2 | Federal income tax withheld | 166.67 |
| 3 | Social security wages | 3500.00 |
| 4 | Social security tax withheld | 217.00 |
| 5 | Medicare wages and tips | 3500.00 |
| 6 | Medicare tax withheld | 50.75 |
| 13 | Retirement plan | X |
| 14 | Other: NY PFL | 15.96 |
| 15 | State | NY |
| | Employer's state ID number | 84192567S |
| 16 | State wages, tips, etc. | 3500.00 |
| 17 | State income tax | 115.50 |

Copy C – For EMPLOYEE'S RECORDS (See Notice on back.)
Dept. of the Treasury - IRS

---

## Form W-2 Wage and Tax Statement 2023

**a Employee's social security number:** 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
**OMB No. 1545-0008**

**b Employer ID number (EIN):** 84-1925675

**c Employer's name, address, and ZIP code:**
DEK FOOD INC
120 Cedar Street
NEW YORK NY 10006

**e Employee's name, address, and ZIP code:**
VIPIN SEHGA
80-15 KING GEORGE BG, APT 537
ELMHURST NY 11373

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 3500.00 |
| 2 | Federal income tax withheld | 166.67 |
| 3 | Social security wages | 3500.00 |
| 4 | Social security tax withheld | 217.00 |
| 5 | Medicare wages and tips | 3500.00 |
| 6 | Medicare tax withheld | 50.75 |
| 13 | Retirement plan | X |
| 14 | Other: NY PFL | 15.96 |
| 15 | State | NY |
| | Employer's state ID number | 84192567S |
| 16 | State wages, tips, etc. | 3500.00 |
| 17 | State income tax | 115.50 |

Copy 2 – To be Filed With Employee's State, City, or Local Income Tax Return
Dept. of the Treasury - IRS

| Employee | | | |
|---|---|---|---|
| VIPIN SEHGAL | | W/H Status | |
| SSN XXX-XX-7303 | | Federal: Single | |
| Check Number 23019 | | State: NY: 0-Single | |
| Check Date 1/22/2023 | Period Begin 1/16/2023 | Period End 1/22/2023 | |

**Earnings**

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 450.00 | 1800.00 |
| **TOTAL GROSS PAY** | | | **450.00** | **1800.00** |

Employer:
KAREENA FOOD INC
MUGHLAI INDIAN CUISNE
1724 2ND AVE
NEW YORK, NY 10128
(212) 722-6262

**Taxes, Deductions, and Adjustments**

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 20.00 | 80.00 |
| Soc Sec Tax | 27.90 | 111.60 |
| Medicare Tax | 6.53 | 26.12 |
| State Inc Tax | 13.75 | 55.00 |
| NY PFL | 2.05 | 8.20 |
| **TOTAL DEDUCTIONS** | **70.23** | **280.92** |
| **NET PAY** | **379.77** | **1519.08** |

| Employee | | Employer |
|---|---|---|
| VIPIN SEHGAL | | KARENA FOOD INC |
| SSN XXX-XX-7303 | | MUGHLAI INDIAN CUISNE |
| Check Number 23024 | | 1724 2ND AVE |
| Check Date 1/29/2023 | | NEW YORK, NY 10128 |
| Period Begin 1/23/2023 | | (212) 722-6262 |
| Period End 1/29/2023 | | |
| W/H Status: Federal Single, State NY 0-Single | | |

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 450.00 | 2250.00 |
| **TOTAL GROSS PAY** | | | **450.00** | **2250.00** |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 20.00 | 100.00 |
| Soc Sec Tax | 27.90 | 139.50 |
| Medicare Tax | 6.53 | 32.65 |
| State Inc Tax | 13.75 | 68.75 |
| NY PFL | 2.05 | 10.25 |
| **TOTAL DEDUCTIONS** | **70.23** | **351.15** |
| **NET PAY** | **379.77** | **1898.85** |

| Employee | | | Employer | | |
|---|---|---|---|---|---|
| VIPIN SEHGAL | | | KARENA FOOD INC | | |
| SSN XXX-XX-7303 | | | MUGHLAI INDIAN CUISNE | | |
| Check Number 23029 | | | 1724 2ND AVE | | |
| Check Date 2/5/2023 | | | NEW YORK, NY 10128 | | |
| Period Begin 1/30/2023 | W/H Status Federal: Single | | (212) 722-6262 | | |
| Period End 2/5/2023 | State: NY 0-Single | | | | |

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 450.00 | 2700.00 |
| **TOTAL GROSS PAY** | | | **450.00** | **2700.00** |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 20.00 | 120.00 |
| Soc Sec Tax | 27.90 | 167.40 |
| Medicare Tax | 6.53 | 39.18 |
| State Inc Tax | 13.75 | 82.50 |
| NY PFL | 2.05 | 12.30 |
| **TOTAL DEDUCTIONS** | **70.23** | **421.38** |
| **NET PAY** | **379.77** | **2278.62** |

| Employee | | | W/H Status | | |
|---|---|---|---|---|---|
| VIPIN SEHGAL | | | 2020 Federal: Single | | |
| SSN | | | State: NY: 0-Single | | |
| XXX-XX-7303 | | | | | |
| Check Number | | | | | |
| 22244 | | | | | |
| Check Date | Period Begin | Period End | | | |
| 11/6/2022 | 10/31/2022 | 11/6/2022 | | | |

Employee: KARENA FOOD INC.
MUGHLAI INDIAN CUISNE
1724 2ND AVE
NEW YORK, NY 10128
(212) 722-6262

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 450.00 | 450.00 |
| **TOTAL GROSS PAY** | | | **450.00** | **450.00** |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 20.16 | 20.16 |
| Soc Sec Tax | 27.90 | 27.90 |
| Medicare Tax | 6.53 | 6.53 |
| State Inc Tax | 13.89 | 13.89 |
| NY PFL | 2.30 | 2.30 |
| **TOTAL DEDUCTIONS** | **70.78** | **70.78** |
| **NET PAY** | **379.22** | **379.22** |

| Employee<br>VIPIN SEHGAL<br>SSN<br>XXX-XX-7303<br>Check Number<br>22245<br>Check Date<br>11/13/2022 | W/H Status<br>2020 Federal: Single<br>State: NY 0-Single | | | Employer<br>KARENA FOOD INC<br>MUGHLAI INDIAN CUISNE<br>1724 2ND AVE<br>NEW YORK, NY 10128<br>(212) 722-6262 | | |
|---|---|---|---|---|---|---|
| | Period Begin<br>11/7/2022 | | Period End<br>11/13/2022 | | | |

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 450.00 | 900.00 |
| **TOTAL GROSS PAY** | | | **450.00** | **900.00** |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 20.16 | 40.32 |
| Soc Sec Tax | 27.90 | 55.80 |
| Medicare Tax | 6.53 | 13.06 |
| State Inc Tax | 13.89 | 27.78 |
| NY PFL | 2.30 | 4.60 |
| **TOTAL DEDUCTIONS** | **70.78** | **141.56** |
| **NET PAY** | **379.22** | **758.44** |