| Employee | Employer |
|---|---|
| VIPIN SEHGAL | KARENA FOOD INC |
| SSN XXX-XX-7303 | MUGHLAI INDIAN CUISNE |
| W/H Status | 1724 2ND AVE |
| 2020 Federal: Single | NEW YORK, NY 10128 |
| State: NY 0-Single | (212) 722-6262 |
| Check Number 22245 | |
| Check Date 11/13/2022 | |
| Period Begin 11/7/2022 | |
| Period End 11/13/2022 | |

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 450.00 | 900.00 |
| **TOTAL GROSS PAY** | | | **450.00** | **900.00** |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 20.16 | 40.32 |
| Soc Sec Tax | 27.90 | 55.80 |
| Medicare Tax | 6.53 | 13.06 |
| State Inc Tax | 13.89 | 27.78 |
| NY PFL | 2.30 | 4.60 |
| **TOTAL DEDUCTIONS** | **70.78** | **141.56** |
| **NET PAY** | **379.22** | **758.44** |

| Employee | | | | Employer | | |
|---|---|---|---|---|---|---|
| VIPIN SEHGAL | | | | KARENA FOOD INC | | |
| SSN XXX-XX-7303 | | | | MUGHLAI INDIAN CUISNE | | |
| Check Number 22243 | | W/H Status | | 1724 2ND AVE | | |
| Check Date 11/20/2022 | Period Begin 11/14/2022 | 2020 Federal: Single State NY: 0-Single | Period End 11/20/2022 | NEW YORK, NY 10128 (212) 722-6262 | | |

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 450.00 | 450.00 |
| **TOTAL GROSS PAY** | | | **450.00** | **450.00** |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 20.16 | 20.16 |
| Soc Sec Tax | 27.90 | 27.90 |
| Medicare Tax | 6.53 | 6.53 |
| State Inc Tax | 13.89 | 13.89 |
| NY PFL | 2.30 | 2.30 |
| **TOTAL DEDUCTIONS** | **70.78** | **70.78** |
| **NET PAY** | **379.22** | **379.22** |

| Employee | | | | Employer | | |
|---|---|---|---|---|---|---|
| VIPIN SEHGAL | | | | KARENA FOOD INC | | |
| SSN: XXX-XX-7303 | | | | MUGHLAI INDIAN CUISNE | | |
| W/H Status | | | | 1724 2ND AVE | | |
| Federal: Single | | | | NEW YORK, NY 10128 | | |
| State: NY 0-Single | | | | (212) 722-6262 | | |
| Check Number: 23128 | | | | | | |
| Check Date: 6/4/2023 | | | | | | |
| Period Begin: 5/29/2023 | | | | | | |
| Period End: 6/4/2023 | | | | | | |

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 450.00 | 7200.00 |
| **TOTAL GROSS PAY** | | | **450.00** | **7200.00** |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 20.00 | 320.00 |
| Soc Sec Tax | 27.90 | 446.40 |
| Medicare Tax | 6.53 | 104.48 |
| State Inc Tax | 13.75 | 220.00 |
| NY PFL | 2.05 | 32.80 |
| **TOTAL DEDUCTIONS** | **70.23** | **1123.68** |
| **NET PAY** | **379.77** | **6076.32** |

Employee: VIPIN SEHGAL
SSN: XXX-XX-7303
Check Number: 22249
Check Date: 11/27/2022
W/H Status
2020 Federal: Single
State: NY 0-Single
Period Begin: 11/21/2022
Period End: 11/27/2022

Employer:
KARENA FOOD INC
MUGHLAI INDIAN CUISNE
1724 2ND AVE
NEW YORK, NY 10128
(212) 722-6262

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 450.00 | 1800.00 |
| **TOTAL GROSS PAY** | | | **450.00** | **1800.00** |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 20.16 | 80.64 |
| Soc Sec Tax | 27.90 | 111.60 |
| Medicare Tax | 6.53 | 26.12 |
| State Inc Tax | 13.89 | 55.56 |
| NY PFL | 2.30 | 9.20 |
| **TOTAL DEDUCTIONS** | **70.78** | **283.12** |
| **NET PAY** | **379.22** | **1516.88** |

VIPIN SEHGAL
SSN XXX-XX-7303
Check Number 23041
Check Date 2/19/2023

W/H Status
Federal: Single
State NY 0-Single

Period Begin 2/13/2023
Period End 2/19/2023

Employer
KARENA FOOD INC
MUGHLAI INDIAN CUSINE
1724 2ND AVE
NEW YORK, NY 10128
(212) 722-6262

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 450.00 | 3600.00 |

| TOTAL GROSS PAY | 450.00 | 3600.00 |
|---|---|---|

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 20.00 | 160.00 |
| Soc Sec Tax | 27.90 | 223.20 |
| Medicare Tax | 6.53 | 52.24 |
| State Inc Tax | 13.75 | 110.00 |
| NY PFL | 2.05 | 16.40 |

| TOTAL DEDUCTIONS | 70.23 | 561.84 |
|---|---|---|
| NET PAY | 379.77 | 3038.16 |

Employee
VIPIN SEHGAL
SSN
XXX-XX-7333
Federal Status
State: NY 2-Single
Check Number
2310
Check Date
5/12/2023
Period Begin
5/8/2023
Period End
5/14/2023

Employer
KAREM FOOD INC
MUGHLAI INDIAN CUISINE
1724 2ND AVE
NEW YORK, NY 10128
(212) 722-6262

## Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 450.00 | 5850.00 |
| **TOTAL GROSS PAY** | | | **450.00** | **5850.00** |

## Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 20.30 | 350.00 |
| Soc Sec Tax | 27.90 | 362.70 |
| Medicare Tax | 6.53 | 84.83 |
| State Inc Tax | 13.75 | 178.75 |
| NY PFL | 2.05 | 26.65 |
| **TOTAL DEDUCTIONS** | **70.23** | **912.93** |
| **NET PAY** | **379.77** | **4937.07** |

| Employee | | | |
|---|---|---|---|
| VIPIN SEHGA | | | Employer |
| SSN XXX-XX-7303 | W/H Status Federal: Single State: NY 0-Single | | DEK FOOD INC 120 Cedar Street NEW YORK, NY 10006 |
| Check Number 23118 | | | |
| Check Date 5/21/2023 | Period Begin 5/15/2023 | Period End 5/21/2023 | |

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 500.00 | 3000.00 |

**TOTAL GROSS PAY** 500.00    3000.00

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 23.81 | 142.86 |
| Soc Sec Tax | 31.00 | 186.00 |
| Medicare Tax | 7.25 | 43.50 |
| State Inc Tax | 16.50 | 99.00 |
| NY PFL | 2.28 | 13.68 |

**TOTAL DEDUCTIONS** 80.84    485.04

**NET PAY** 419.16    2514.96