| Employee | | | | Employer |
|---|---|---|---|---|
| VIPIN SEHGAL | | | | KARENA FOOD INC |
| SSN | | W/H Status | | MUGHLAI INDIAN CUISNE |
| XXX-XX-7303 | | Federal: Single | | 1724 2ND AVE |
| Check Number | | State: NY: 0-Single | | NEW YORK, NY 10128 |
| 23114 | | | | (212) 722-5262 |
| Check Date | Period Begin | Period End | | |
| 5/21/2023 | 5/15/2023 | 5/21/2023 | | |

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 450.00 | 6300.00 |

| TOTAL GROSS PAY | |
|---|---|
| 450.00 | 6300.00 |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 20.00 | 280.00 |
| Soc Sec Tax | 27.90 | 390.60 |
| Medicare Tax | 6.53 | 91.42 |
| State Inc Tax | 13.75 | 192.50 |
| NY PFL | 2.05 | 28.70 |

| TOTAL DEDUCTIONS | |
|---|---|
| 70.23 | 983.22 |

| NET PAY | |
|---|---|
| 379.77 | 5316.78 |

| Employee | | | | Employer | | |
|---|---|---|---|---|---|---|
| VIPIN SEHGA | | | | DEK FOOD INC | | |
| SSN XXX-XX-7303 | | | | 120 Cedar Street | | |
| Check Number 23086 | | | | NEW YORK, NY 10006 | | |
| Check Date 4/16/2023 | | | | | | |
| Period Begin 4/10/2023 | | | | W/H Status | | |
| Period End 4/16/2023 | | | | Federal: Single | | |
| | | | | State: NY 0-Single | | |

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 500.00 | 500.00 |
| **TOTAL GROSS PAY** | | | **500.00** | **500.00** |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 23.81 | 23.81 |
| Soc Sec Tax | 31.00 | 31.00 |
| Medicare Tax | 7.25 | 7.25 |
| State Inc Tax | 16.50 | 16.50 |
| NY PFL | 2.28 | 2.28 |
| **TOTAL DEDUCTIONS** | **80.84** | **80.84** |
| **NET PAY** | **419.16** | **419.16** |

| Employee | | | Employer | |
|---|---|---|---|---|
| VIPIN SEHGAL | | | KARENA FOOD INC | |
| SSN XXX-XX-7303 | W/H Status Federal: Single State NY: 0-Single | | MUGHLAI INDIAN CUISNE 1724 2ND AVE NEW YORK, NY 10128 (212) 722-6262 | |
| Check Number 23084 | | | | |
| Check Date 4/16/2023 | Period Begin 4/10/2023 | Period End 4/16/2023 | | |

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 450.00 | 4050.00 |
| **TOTAL GROSS PAY** | | | **450.00** | **4050.00** |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 20.00 | 180.00 |
| Soc Sec Tax | 27.90 | 251.10 |
| Medicare Tax | 6.53 | 58.77 |
| State Inc Tax | 13.75 | 123.75 |
| NY PFL | 2.05 | 18.45 |
| **TOTAL DEDUCTIONS** | **70.23** | **632.07** |
| **NET PAY** | **379.77** | **3417.93** |

| Employee | | | |
|---|---|---|---|
| VIPIN SEHGAL | | | |
| SSN: XXX-XX-7303 | W/H Status | | |
| Check Number: 23034 | Federal: Single | | |
| Check Date: 2/12/2023 | State: NY: 0-Single | | |
| | Period Begin: 2/6/2023 | Period End: 2/12/2023 | |

| Employer |
|---|
| KARENA FOOD INC |
| MUGHLAI INDIAN CUISNE |
| 1724 2ND AVE |
| NEW YORK, NY 10128 |
| (212) 722-6262 |

## Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 450.00 | 3150.00 |
| **TOTAL GROSS PAY** | | | **450.00** | **3150.00** |

## Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 20.00 | 140.00 |
| Soc Sec Tax | 27.90 | 195.30 |
| Medicare Tax | 6.53 | 45.71 |
| State Inc Tax | 13.75 | 96.25 |
| NY PFL | 2.05 | 14.35 |
| **TOTAL DEDUCTIONS** | **70.23** | **491.61** |
| **NET PAY** | **379.77** | **2658.39** |

**VIPIN SEHGA**
SSN XXX-XX-7303
Check Number 23131
Check Date 6/4/2023

W/H Status
Federal: Single
State: NY 0-Single

Period Begin 5/29/2023
Period End 6/4/2023

DEK FOOD INC
120 Cedar Street
NEW YORK, NY 10006

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 500.00 | 4000.00 |
| **TOTAL GROSS PAY** | | | **500.00** | **4000.00** |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 23.81 | 190.48 |
| Soc Sec Tax | 31.00 | 248.00 |
| Medicare Tax | 7.25 | 58.00 |
| State Inc Tax | 16.50 | 132.00 |
| NY PFL | 2.28 | 18.24 |
| **TOTAL DEDUCTIONS** | **80.84** | **646.72** |
| **NET PAY** | **419.16** | **3353.28** |

| Employee | VIPIN SEHGAL | Employer | KARENA FOOD INC |
|---|---|---|---|
| SSN | XXX-XX-7303 | | MUGHLAI INDIAN CUISNE |
| Check Number | 23014 | | 1724 2ND AVE |
| Check Date | 1/15/2023 | | NEW YORK, NY 10128 |
| Period Begin | 1/9/2023 | | (212) 722-6262 |
| Period End | 1/15/2023 | W/H Status | 2020 Federal, Single |
| | | | State: NY, 0-Single |

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 450.00 | 1350.00 |
| **TOTAL GROSS PAY** | | | **450.00** | **1350.00** |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 20.00 | 60.00 |
| Soc Sec Tax | 27.90 | 83.70 |
| Medicare Tax | 6.53 | 19.59 |
| State Inc Tax | 13.75 | 41.25 |
| NY PFL | 2.05 | 6.15 |
| **TOTAL DEDUCTIONS** | **70.23** | **210.69** |
| **NET PAY** | **379.77** | **1139.31** |

| Employee | | | Employer |
|---|---|---|---|
| VIPIN SEHGA | | | DEK FOOD INC |
| SSN | W/H Status | | 120 Cedar Street |
| XXX-XX-7303 | Federal: Single | | NEW YORK, NY 10006 |
| Check Number | State: NY 0-Single | | |
| 23124 | | | |
| Check Date | Period Begin | Period End | |
| 5/28/2023 | 5/22/2023 | 5/28/2023 | |

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 500.00 | 3500.00 |
| **TOTAL GROSS PAY** | | | **500.00** | **3500.00** |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 23.81 | 166.67 |
| Soc Sec Tax | 31.00 | 217.00 |
| Medicare Tax | 7.25 | 50.75 |
| State Inc Tax | 16.50 | 115.50 |
| NY PFL | 2.28 | 15.96 |
| **TOTAL DEDUCTIONS** | **80.84** | **565.88** |
| **NET PAY** | **419.16** | **2934.12** |

| Employee: | | | | Employer: | | |
|---|---|---|---|---|---|---|
| VIPIN SEHGAL | | | | KARENA FOOD INC | | |
| SSN: XXX-XX-7303 | | | | MUGHLAI INDIAN CUISNE | | |
| | | | | 1724 2ND AVE | | |
| Check Number: 23120 | | | W/H Status: | NEW YORK, NY 10128 | | |
| Check Date: 5/28/2023 | Period Begin: 5/22/2023 | Period End: 5/28/2023 | Federal: Single State: NY 0-Single | (212) 722-6262 | | |

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Salary | | | 450.00 | 6750.00 |
| **TOTAL GROSS PAY** | | | **450.00** | **6750.00** |

### Taxes, Deductions, and Adjustments

| Description | Current | Year to Date |
|---|---|---|
| Fed Inc Tax | 20.00 | 300.00 |
| Soc Sec Tax | 27.90 | 418.50 |
| Medicare Tax | 6.53 | 97.95 |
| State Inc Tax | 13.75 | 206.25 |
| NY PFL | 2.05 | 30.75 |
| **TOTAL DEDUCTIONS** | **70.23** | **1053.45** |
| **NET PAY** | **379.77** | **5696.55** |