EXHIBIT D

9/18/24, 2:40 PM    RE: RE: RE: RE: RE: Sehgal - Mughlai Mediation Date WED.. 12/6/23 - 10 a.m. SDNY - Availabiliy for Zoom Conference instead of …

Case 1:23-cv-08799-DEH    Document 35-8    Filed 09/19/24    Page 2 of 8

**From:** Andrew Beresin <Andrew@samuelandstein.com>
**To:** sieglaw@optonline.net <sieglaw@optonline.net>
**CC:** Michael Samuel <michael@thesamuellawfirm.com>
**Date:** Jul 18, 2024 10:22:40 AM
**Subject:** RE: RE: RE: RE: RE: Sehgal - Mughlai Mediation Date WED.. 12/6/23 - 10 a.m. SDNY - Availabiliy for Zoom Conference instead of In-Person.
**Attachments:** Sehagl Supp. Document Production (nos. 046-048).pdf

Mike,

Attached are Plaintiff's Documents nos. 046-048.

We are confirmed with Mr. Sehgal as to what else he has in his possession regarding tax documents and family court financial statements.



Andrew D. Beresin

Counsel / **THE SAMUEL LAW FIRM**
A: 1441 Broadway, Suite 6085, New York, NY 10018
P: 914.533.7054  M: 203.253.0643  F: 212.563.9870
E: andrew@samuelandstein.com  W: www.samuelandstein.com

**From:** sieglaw@optonline.net <sieglaw@optonline.net>
**Sent:** Thursday, July 18, 2024 9:14 AM
**To:** Andrew Beresin <Andrew@samuelandstein.com>
**Cc:** Michael Samuel <michael@thesamuellawfirm.com>
**Subject:** Re: RE: RE: RE: RE: Sehgal - Mughlai Mediation Date WED.. 12/6/23 - 10 a.m. SDNY - Availabiliy for Zoom Conference instead of In-Person.

The discovery deadline is tomorrow. Will you have the documents?

Mike Siegel

------ Original Message ------
From: Andrew@samuelandstein.com
To: sieglaw@optonline.net Cc: michael@thesamuellawfirm.com
Sent: Tuesday, June 25th 2024, 11:43 AM
Subject: RE: RE: RE: RE: Sehgal - Mughlai Mediation Date WED.. 12/6/23 - 10 a.m. SDNY - Availabiliy for Zoom Conference instead of In-Person.

Mike,

We've asked Mr. Sehgal to provide his 2022 and 2023 federal tax returns along with any financial statements submitted to family court.

We'll advise you when we have them ready for production.

Andrew

Andrew D. Beresin

Counsel / **THE SAMUEL LAW FIRM**
A: 1441 Broadway, Suite 6085, New York, NY 10018
P: 914.533.7054  M: 203.253.0643  F: 212.563.9870
E: andrew@samuelandstein.com  W: www.samuelandstein.com

---

**From:** sieglaw@optonline.net <sieglaw@optonline.net>
**Sent:** Wednesday, June 12, 2024 11:24 AM
**To:** Andrew Beresin <Andrew@samuelandstein.com>
**Cc:** Michael Samuel <michael@thesamuellawfirm.com>
**Subject:** Re: RE: RE: RE: Sehgal - Mughlai Mediation Date WED.. 12/6/23 - 10 a.m. SDNY - Availabiliy for Zoom Conference instead of In-Person.

Relevance is not a discovery objection. But, it is relevant. I am sure your client declared an income more in line with our position than his in both matters. We are certainly allowed contemporaneous sworn income information that is in his custody/control. And, we cannot get it any other way, especially the Family Court documents. Thus, we are not in agreement, so I do not consent to any delays without an agreement on this discovery. Draft the letter with the dispute, and we can go from there at the conference.

Mike Siegel

------ Original Message ------
From: Andrew@samuelandstein.com
To: sieglaw@optonline.net Cc: michael@thesamuellawfirm.com
Sent: Wednesday, June 12th 2024, 10:22 AM
Subject: RE: RE: RE: Sehgal - Mughlai Mediation Date WED.. 12/6/23 - 10 a.m. SDNY - Availabiliy for Zoom Conference instead of In-Person.

Mike,

We object to the production of the tax records as lacking relevance/compelling need for that information. *See Caputi v. Topper Realty Corp. 2:14-cv-2634 (E.D.N.Y.), citing Uto v, Job Site Servs., Inc., 269 F.R.D. 209, 212 (E.D.N.Y. 2010) (quoting Smith v. Bader, 83 F.R.D. 437, 438 (S.D.N.Y. 1979).* If Mr. Sehgal has W-2's from any other employment during the claimed period, we can produce those.

The family court records have no relevance whatsoever.

Please advise as to the joint status letter due today.

Thanks.

Andrew D. Beresin

Counsel / **THE SAMUEL LAW FIRM**
A: 1441 Broadway, Suite 6085, New York, NY 10018
P: 914.533.7054  M: 203.253.0643  F: 212.563.9870
E: andrew@samuelandstein.com  W: www.samuelandstein.com

---

**From:** sieglaw@optonline.net <sieglaw@optonline.net>
**Sent:** Wednesday, June 12, 2024 9:56 AM
**To:** Andrew Beresin <Andrew@samuelandstein.com>

9/18/24, 2:40 PM  Re: RE: RE: Sehgal - Mughlai Mediation Date WED.. 12/6/23 - 10 a.m. SDNY - Availabiliy for Zoom Conference instead of ...

Case 1:23-cv-08799-DEH   Document 35-8   Filed 09/19/24   Page 4 of 8

**Subject:** Re: RE: RE: Sehgal - Mughlai Mediation Date WED.. 12/6/23 - 10 a.m. SDNY - Availabiliy for Zoom Conference instead of In-Person.

What about tax stuff and family court stuff?

------ Original Message ------

From: Andrew@samuelandstein.com

To: sieglaw@optonline.net

Sent: Wednesday, June 12th 2024, 09:50 AM

Subject: RE: RE: Sehgal - Mughlai Mediation Date WED.. 12/6/23 - 10 a.m. SDNY - Availabiliy for Zoom Conference instead of In-Person.

Did you receive the paystubs we produced on 5/31? I believe Mr. Seghal mailed us copies of the 4 illegible pages, so will forward those to you soon.

Andrew D. Beresin

Counsel / THE SAMUEL LAW FIRM
A: 1441 Broadway, Suite 6085, New York, NY 10018
P: 914.533.7054  M: 203.253.0643  F: 212.563.9870
E: andrew@samuelandstein.com  W: www.samuelandstein.com

From: sieglaw@optonline.net <sieglaw@optonline.net>
Sent: Wednesday, June 12, 2024 9:47 AM
To: Andrew Beresin <Andrew@samuelandstein.com>
Subject: Re: RE: Sehgal - Mughlai Mediation Date WED.. 12/6/23 - 10 a.m. SDNY - Availabiliy for Zoom Conference instead of In-Person.

What about your documents?

------ Original Message ------

From: Andrew@samuelandstein.com

To: sieglaw@optonline.net
Cc: michael@thesamuellawfirm.com

Sent: Wednesday, June 12th 2024, 09:21 AM

Subject: RE: Sehgal - Mughlai Mediation Date WED.. 12/6/23 - 10 a.m. SDNY - Availabiliy for Zoom Conference instead of In-Person.

Hello Mike,

We have a joint status letter due today in this matter. Are you amenable to requesting a discovery extension to July 15 to allow time for depositions?

Thanks,

Andrew

Andrew D. Beresin

Counsel / THE SAMUEL LAW FIRM
A: 1441 Broadway, Suite 6085, New York, NY 10018
P: 914.533.7054  M: 203.253.0643  F: 212.563.9870
E: andrew@samuelandstein.com  W: www.samuelandstein.com

From: sieglaw@optonline.net <sieglaw@optonline.net>
Sent: Tuesday, December 5, 2023 2:04 PM
To: Andrew Beresin <Andrew@samuelandstein.com>
Cc: Michael Samuel <michael@thesamuellawfirm.com> Florence Dean <florencevdean@gmail.com>
Subject: Re: Sehgal - Mughlai Mediation Date WED.. 12/6/23 - 10 a.m. SDNY - Availabiliy for Zoom Conference instead of In-Person.

Why don't we just adjourn it. My client never got me the payroll stuff, yours produced a partial record, and you obviously have other matters to deal with. The case is not going to settle in a Zoom format.

Mike Siegel

9/18/24, 2:40 PM
Case 1:23-cv-08799-DEH    Document 35-8    Filed 09/19/24    Page 5 of 8
RE: RE: RE: RE: RE: Sehgal - Mughlai Mediation Date WED.. 12/6/23 - 10 a.m. SDNY - Availabiliy for Zoom Conference instead of ...

------ Original Message ------
From: Andrew@samuelandstein.com
To: sieglaw@optonline.net Cc: michael@thesamuellawfirm.com; florencevdean@gmail.com
Sent: Tuesday, December 5, 2023 1:50 PM
Subject: Sehgal - Mughlai Mediation Date WED.. 12/6/23 - 10 a.m. SDNY - Availabiliy for Zoom Conference instead of In-Person.

Michael,

Please confirm whether you & your client(s) are able to participate remotely via Zoom tomorrow morning instead of in-person.

I have a family health matter I am currently dealing with.

Mediator Dean is amenable to conducting tomorrow's mediation via Zoom and has requested that I reach out to you to confirm your availability.

Thank you.

Andrew



Andrew D. Beresin

Counsel / **THE SAMUEL LAW FIRM**

**A:** 1441 Broadway, Suite 6085, New York, NY 10018
**P:** 914.533.7054 **M:** 203.253.0643 **F:** 212.563.9870
**E:** andrew@samuelandstein.com **W:** www.samuelandstein.com

**NEW YORK STATE** **2023**

Department of Taxation and Finance
# Claim for Earned Income Credit
New York State • New York City
Tax Law - Section 606(d)

**IT-215**

Submit this form with Form IT-201 or IT-203.

Name(s) as shown on return: VIPIN BENGAL

Your Social Security number: [redacted]

1. Did you claim the federal earned income credit? If *No*, stop; you do not qualify for these credits. ......... **1** Yes [X] No [ ]
2. Is your investment income (see instructions) greater than $11,000? If *Yes*, stop, you do not qualify for these credits. ......... **2** Yes [ ] No [X]
3. Is your federal filing status *Married filing separate* and do you meet the requirements to be considered unmarried for the purposes of the earned income credit? ......... **3** Yes [ ] No [X]
4. Did you claim qualifying children on your federal Schedule EIC? If *No*, continue with line 5.
    If *Yes*, in the spaces below, list up to three of the same children you claimed on federal Schedule EIC.
    If you claimed more than three, see instructions. ......... **4** Yes [ ] No [X]

| | First name | MI | Last name | Suffix | Relationship |
|---|---|---|---|---|---|
| 1st Child | | | | | |
| | No. of months lived with you | Full-time student* | Person with disability* | Social Security number | Date of birth (mmddyyyy) |
| | | | | | |
| 2nd Child | First name | MI | Last name | Suffix | Relationship |
| | No. of months lived with you | Full-time student* | Person with disability* | Social Security number | Date of birth (mmddyyyy) |
| | | | | | |
| 3rd Child | First name | MI | Last name | Suffix | Relationship |
| | No. of months lived with you | Full-time student* | Person with disability* | Social Security number | Date of birth (mmddyyyy) |

* Mark an *X* in these boxes only if you checked *Yes* in the same box on your federal Schedule EIC (box 4a or 4b).

5. Is the IRS figuring your federal earned income credit (EIC) for you? If *Yes*, complete lines 6 through 9 (also lines 21, 23, and 24 if you are a part-year New York State resident, and line 28 if you are a part-year New York City resident). The Tax Department will compute your New York State and, if applicable, your New York City earned income credit for you. If *No*, complete lines 6 through 17 (and lines 18 through 26 if you are a part-year New York State resident). New York City residents must complete *Worksheet C, New York City earned income credit,* in the instructions. Part-year New York City residents must also complete line 28 on page 2 of this claim form. ......... **5** Yes [ ] No [X]

Whole dollars only

6. Wages, salaries, tips, etc., from **Worksheet A** line 3, in the instructions. ......... **6** 10250.00
7. Earned income adjustments *(see instructions)* ......... **7** .00
8. Business income or loss *(see instructions)* ......... **8** .00
    Employer identification number *(see instructions)* 
9. Enter your federal adjusted gross income *(from Form IT-201, line 19, or Form IT-203, line 19, Federal amount column)* ......... **9** 10250.00
10. Amount of federal EIC claimed *(from federal Form 1040, line 27)* ......... **10** 563.00
11. New York State earned income credit (NYS EIC) rate 30% (.30) ......... **11** .30
12. Tentative NYS EIC *(multiply line 10 by line 11; see instructions)* ......... **12** 169.00

**Complete Worksheet B on page 2 before continuing.**

13. Enter the amount from *Worksheet B*, line 5, on page 2 of this form ......... **13** 91.00
14. New York State household credit *(from Form IT-201, line 40, or Form IT-203, line 39)* ......... **14** 45.00
15. Enter the smaller of line 13 or line 14 ......... **15** 45.00
16. **Allowable New York State earned income credit** *(subtract line 15 from line 12; see instructions)* ......... **16** 124.00
17. Complete only if you filed your federal return as *Married filing joint,* but are required to file your New York State return as *Married filing separate return (see instructions).* ......... **17** .00
    Joint federal adjusted gross income ......... .00

215001231833

## Form W-2 Wage and Tax Statement 2022 (Copy B)

- OMB No. 1545-0008
- **1 Wages, tips, other compensation:** 3600.00
- **2 Federal income tax withheld:** 161.28
- **3 Social security wages:** 3600.00
- **4 Social security tax withheld:** 223.20
- **5 Medicare wages and tips:** 3600.00
- **6 Medicare tax withheld:** 52.24
- **b Employer ID number (EIN):** 81-0767482
- **c Employer's name, address, and ZIP code:**
  KARENA FOOD INC
  MUGHLAI INDIAN CUISNE
  1724 2ND AVE
  NEW YORK NY 10128
- **e Employee's name, address, and ZIP code:**
  VIPIN SEHGAL
  80-15 KING GEORGE BG, APT 537
  ELMHURST NY 11373
- **13 Retirement plan:** [X]
- **14 Other:** NY PFL 18.40
- **15 State/Employer's state ID number:** NY 810767482
- **16 State wages, tips, etc.:** 3600.00
- **17 State income tax:** 111.12

Copy B - To Be Filed With Employee's FEDERAL Tax Return. This information is being furnished to the Internal Revenue Service.
DXA

## Form W-2 Wage and Tax Statement 2022 (Copy 2)

- OMB No. 1545-0008
- **1 Wages, tips, other compensation:** 3600.00
- **2 Federal income tax withheld:** 161.28
- **3 Social security wages:** 3600.00
- **4 Social security tax withheld:** 223.20
- **5 Medicare wages and tips:** 3600.00
- **6 Medicare tax withheld:** 52.24
- **b Employer ID number (EIN):** 81-0767482
- **c Employer's name, address, and ZIP code:**
  KARENA FOOD INC
  MUGHLAI INDIAN CUISNE
  1724 2ND AVE
  NEW YORK NY 10128
- **e Employee's name, address, and ZIP code:**
  VIPIN SEHGAL
  80-15 KING GEORGE BG, APT 537
  ELMHURST NY 11373
- **13 Retirement plan:** [X]
- **14 Other:** NY PFL 18.40
- **15 State/Employer's state ID number:** NY 810767482
- **16 State wages, tips, etc.:** 3600.00
- **17 State income tax:** 111.12

Copy 2 - To be Filed With Employee's State, City, or Local Income Tax Return.
DXA

## Form W-2 Wage and Tax Statement 2022 (Copy C)

- OMB No. 1545-0008
- **1 Wages, tips, other compensation:** 3600.00
- **2 Federal income tax withheld:** 161.28
- **3 Social security wages:** 3600.00
- **4 Social security tax withheld:** 223.20
- **5 Medicare wages and tips:** 3600.00
- **6 Medicare tax withheld:** 52.24
- **b Employer ID number (EIN):** 81-0767482
- **c Employer's name, address, and ZIP code:**
  KARENA FOOD INC
  MUGHLAI INDIAN CUISNE
  1724 2ND AVE
  NEW YORK NY 10128
- **e Employee's name, address, and ZIP code:**
  VIPIN SEHGAL
  80-15 KING GEORGE BG, APT 537
  ELMHURST NY 11373
- **13 Retirement plan:** [X]
- **14 Other:** NY PFL 18.40
- **15 State/Employer's state ID number:** NY 810767482
- **16 State wages, tips, etc.:** 3600.00
- **17 State income tax:** 111.12

Copy C - For EMPLOYEE'S RECORDS (See Notice on back.)

## Form W-2 Wage and Tax Statement 2022 (Copy 2)

- OMB No. 1545-0008
- **1 Wages, tips, other compensation:** 3600.00
- **2 Federal income tax withheld:** 161.28
- **3 Social security wages:** 3600.00
- **4 Social security tax withheld:** 223.20
- **5 Medicare wages and tips:** 3600.00
- **6 Medicare tax withheld:** 52.24
- **b Employer ID number (EIN):** 81-0767482
- **c Employer's name, address, and ZIP code:**
  KARENA FOOD INC
  MUGHLAI INDIAN CUISNE
  1724 2ND AVE
  NEW YORK NY 10128
- **e Employee's name, address, and ZIP code:**
  VIPIN SEHGAL
  80-15 KING GEORGE BG, APT 537
  ELMHURST NY 11373
- **13 Retirement plan:** [X]
- **14 Other:** NY PFL 18.40
- **15 State/Employer's state ID number:** NY 810767482
- **16 State wages, tips, etc.:** 3600.00
- **17 State income tax:** 111.12

Copy 2 - To be Filed With Employee's State, City.

# Claim for Earned Income Credit

**New York State • New York City**
Tax Law - Section 606(d)

**2023**  **IT-215**

Submit this form with Form IT-201 or IT-203.

Name(s) as shown on return: [redacted]

Your Social Security number: [redacted]

1. Did you claim the federal earned income credit? If *No*, stop; you do not qualify for these credits ............ **1** Yes [X] No [ ]
2. Is your investment income (see instructions) greater than $11,000? If *Yes*, stop; you do not qualify for these credits ... **2** Yes [ ] No [X]
3. Is your federal filing status *Married filing separate* and do you meet the requirements to be considered unmarried for the purposes of the earned income credit? ........... **3** Yes [ ] No [X]
4. Did you claim qualifying children on your federal Schedule EIC? If *Yes*, in the spaces below, list up to three of the same children you claimed on federal Schedule EIC. If *No*, continue with line 5. If you claimed more than three, see instructions ........... **4** Yes [ ] No [X]

| | First name | MI | Last name | Suffix | Relationship |
|---|---|---|---|---|---|
| 1st Child | | | | | |

No. of months lived with you | Full-time student* | Person with disability* | Social Security number | Date of birth (mmddyyyy)

| | First name | MI | Last name | Suffix | Relationship |
|---|---|---|---|---|---|
| 2nd Child | | | | | |

No. of months lived with you | Full-time student* | Person with disability* | Social Security number | Date of birth (mmddyyyy)

| | First name | MI | Last name | Suffix | Relationship |
|---|---|---|---|---|---|
| 3rd Child | | | | | |

No. of months lived with you | Full-time student* | Person with disability* | Social Security number | Date of birth (mmddyyyy)

*Mark an X in these boxes only if you checked *Yes* in the same box on your federal Schedule EIC.

5. Is the IRS figuring your federal earned income credit (EIC) for you? If *Yes*, complete lines 6 through 9 (also lines 21, 23, and 24 if you are a part-year New York State resident, and line 28 if you are a part-year New York City resident). The Tax Department will compute your New York State and, if applicable, your New York City earned income credit for you. If *No*, complete lines 6 through 17 (and lines 18 through 26 if you are a part-year New York State resident). New York City residents must complete **Worksheet C, New York City earned income credit**, in the instructions. Part-year New York City residents must also complete line 28 on page 2 of this claim form. .......... **5** Yes [ ] No [X]

Whole dollars only

| | | |
|---|---|---|
| 6 | Wages, salaries, tips, etc., from Worksheet A line 3, in the instructions. | **6** 10250.00 |
| 7 | Earned income adjustments *(see instructions)* | **7** .00 |
| 8 | Business income or loss *(see instructions)* Employer identification number *(see instructions)* | **8** .00 |
| 9 | Enter your federal adjusted gross income *(from Form IT-201, line 19, or Form IT-203, line 19, Federal amount column)* | **9** 10250.00 |
| 10 | Amount of federal EIC claimed *(from federal Form 1040, line 27)* | **10** 563.00 |
| 11 | New York State earned income credit (NYS EIC) rate 30% (.30) | **11** .30 |
| 12 | Tentative NYS EIC *(multiply line 10 by line 11; see instructions)* | **12** 169.00 |

Complete **Worksheet B** on page 2 before continuing.

| | | | |
|---|---|---|---|
| 13 | Enter the amount from *Worksheet B*, line 5, on page 2 of this form | **13** 91.00 | |
| 14 | New York State household credit *(from Form IT-201, line 40, or Form IT-203, line 39)* | **14** 45.00 | |
| 15 | Enter the smaller of line 13 or line 14 | | **15** 45.00 |
| 16 | Allowable New York State earned income credit *(subtract line 15 from line 12; see instructions)* | | **16** 124.00 |
| 17 | Complete only if you filed your federal return as *Married filing joint*, but are required to file your New York State return as *Married filing separate* return *(see instructions)*. Joint federal adjusted gross income ............ .00 | | **17** .00 |

215001231833