# DECLARATION OF VIPIN SEHGAL

I, Vipin Sehgal, declare, upon personal knowledge and under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am Vipin Sehgal, the plaintiff in this case, and I consented to be a party.

2. I make this declaration in opposition to the defendants' motion for summary judgment, and for any other purpose designated by my attorneys.

3. I am fully familiar with the facts set forth herein, and I recite them on personal knowledge.

4. If I were called to testify at a hearing or at trial, I would testify to the facts in this document.

5. I was employed from November 2022 until August 2023 as a food runner, packing deliveries, and also doing food preparation and catering assistance at four Indian restaurants called Mughlai Indian Cuisine, all located in Manhattan, New York.

6. The four Mughlai Indian Cuisine restaurants in Manhattan where I worked for the defendants are located at: 1724 Second Avenue; 255 W. 55th Street; 329 Third Avenue and 120 Cedar Street. I most frequently worked at the 55th Street location.

7. All four Mughlai Indian Cuisine restaurants where I worked are owned and/or managed by the individual defendants in this case, Mahender and Girshi. I do not know their last names, but I believe they are brothers.

8. During my employment at Mughlai Indian Cuisine, it was Mahender and Girshi, who each would instruct me as to which restaurant to work at on a given day, and what work to perform there. Mahender's wife, Nupur, also sometimes managed my work in the evenings at the 55th Street restaurant location.

9. Two other managers, Sam and Davinder, also supervised me when I worked at the 55th Street and Cedar Street restaurant locations.

10. I regularly worked six days per week during my employment at Mughlai Indian Cuisine, with only Tuesdays off.

11. During my employment at Mughlai Indian Cuisine, on weekdays (Monday through Friday) the restaurants were open for customers from 11 a.m. to 3 p.m. and again from 5 p.m. until 9:45 p.m.

12. During my employment at Mughlai Indian Cuisine, on the weekends (Saturday and Sunday) the restaurants did not close for customers between lunch and dinner;

1

the restaurants were open for customers from approximately 11 a.m. until 10 p.m. on weekends.

13. My daily work schedule during my employment at Mughlai Indian Cuisine was Monday, Wednesday, Thursday and Friday, from 10:30 a.m. to 2:45 p.m., then from 4:45 p.m. to 10:00 p.m.; and Saturday and Sunday from 10:30 a.m. until 10:00 p.m. Sometimes I would begin my shift at 10:00 a.m. instead of 10:30 a.m. if the manager asked me to.

14. As a result, I was working about 60 hours per week during my employment with defendants.

15. During my employment at Mughlai Indian Cuisine, there was no timeclock or other recordkeeping of my hours worked.

16. During my employment at Mughlai Indian Cuisine, I was paid $675 per week in two checks, one for $450 for four days' work and the other for $225 for two days' work.

17. I never got paid anything extra for overtime work, nor did I receive any additional pay for any shifts I worked that were longer than 10 hours.

18. I was paid the same weekly rate referenced above no matter how many hours I worked in a week.

19. I received some cash tips during my employment at Mughlai Indian Cuisine, but I did not receive all my tips when guest paid by credit card, as most of those tips were wrongfully retained and withheld by the defendants.

20. I never received any written notices about my pay rate, rate of pay, or hours worked during my employment at Mughlai Indian Cuisine – not when I was hired or any other time – and I was never asked to sign any paper saying that I had received a notice like that.

21. I never reported to work drunk during my employment with Mughlai Indian Cuisine and any statement by the defendants to the contrary is not true. I was a reliable employee and consistently arrived on time for my daily shifts at Mughlai Indian Cuisine during my employment.

22. Defendant Mahender's wife, Nupur even called me frequently to assist her with catering preparation early in the morning.

23. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 18, 2024

Vipin Sehgal