UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vipin Sehgal,<br><br>                    Plaintiff,<br><br>          v.<br><br>Karena Foods Inc. et al,<br><br>                    Defendants. | 23-CV-8799 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court denied summary judgment in this matter on July 7, 2025.  See ECF No. 38.  However, it appears no further proceedings have occurred.  Therefore, by November 3, 2025, the parties are directed to submit a joint status indicating whether this proceeding remains pending.  The letter should also state the parties' availability for trial in May, June, and July 2026 and an estimated length of trial.  The parties shall further indicate whether they request a referral to the District's mediation program or to the assigned Magistrate Judgment for a settlement conference, and/or whether Plaintiff intends to obtain new counsel for trial.

The Court will hold a case management conference on November 13, 2025 at 4:00 p.m.  The parties should join the conference by dialing (646) 453-4442 and entering the conference ID: 119 381 069, followed by the pound sign (#).

SO ORDERED.

Dated: October 24, 2025
       New York, New York

                                                              _____
                                                              DALE E. HO
                                                              United States District Judge