UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sehgal,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>Karena Foods Inc. et al,<br><br>　　　　　　　Defendant(s). | 23-CV-8799 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

　　By Order dated October 27, 2025, this Court directed the parties to submit a joint status indicating whether this proceeding remains pending no later than November 3, 2025. In the same Order, the Court set a conference for November 13, 2025.

　　As of November 6, the parties have failed to comply with the Court's Order to provide a status update. The Court *sua sponte* extends the deadline for a status report to November 10, 2025. The parties are reminded that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

　　Due to a scheduling conflict, the conference will now be held at **10:30 a.m.** at the same dial-in information.

　　SO ORDERED.

Dated: November 6, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge