

# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY – SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.thesamuellawfirm.com

**MICHAEL SAMUEL**  ADMITTED IN
andrew@thesamuellawfirm.com  NY

November 10, 2025

<u>*Via ECF*</u>
The Hon. Dale E. Ho
United States District Judge
United States District Court - Southern District of New York
40 Foley Square
New York, NY 10007

*Re: Vipin Sehgal v. Karena Foods Inc., et al.*
Case No. 23-cv-8799-DEH

Dear Judge Ho:

We represent the plaintiff, Vipin Sehgal ("Plaintiff") in the above-referenced action and respectfully submit this letter to the Court jointly with the defendants in connection with Your Honor's Order dated November 7, 2025 (ECF 40).

The parties regret any delay in providing a status update to the Court and apologize to the Court for any resulting inconvenience. Counsel have conferred recently and can now advise the Court that the parties are ready for trial consistent with the Court's timetable published in the Court's recent Order dated October 27, 2025 (ECF 39), which trial the parties anticipate lasting no longer than two days.

**The Conference scheduled for November 13, 2025 is hereby ADJOURNED to December 4, 2025 at 2:30 p.m. On or before November 26, 2025, the parties are directed to file a joint letter stating their availability for a two-day trial in May, June, or July of 2026. The parties are further directed to indicate their interest in referral to the Court-annexed Mediation Program and/or a referral to the designated Magistrate Judge for a settlement conference.**

Respectfully submitted,

/s/ *Andrew D. Beresin*
Andrew D. Beresin, Esq.

THE SAMUEL LAW FIRM
*Attorneys for Plaintiff*

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: November 12, 2025
New York, New York