UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sehgal,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Karena Foods Inc. et al,<br><br>                    Defendant(s). | 23-CV-8799 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

By Order dated November 12, 2025, this Court directed the parties to submit a joint letter indicating availability for trial by November 26, 2025.  In the same Order, the Court set a conference for December 4, 2025.

As of December 1, the parties have failed to comply with the Court's Order to provide a letter indicating availability for trial.  The Court *sua sponte* extends the deadline to December 3, 2025.  The parties are advised that continued failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: December 1, 2025
       New York, New York

                                                         DALE E. HO
                                              United States District Judge