UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sehgal,

                    Plaintiff(s),

            v.

Karena Foods Inc. et al,

                    Defendant(s).

23-CV-8799 (DEH)

ORDER

DALE E. HO, United States District Judge:

On December 2, 2025, this Court set this matter for trial to begin on June 15, 2026. ECF No. 47. A final pretrial conference was scheduled for June 11, 2026. The Court also advised the Parties that "counsel must familiarize themselves with Rule 5 of the Court's Individual Practices in Civil Cases, which is available at https://nysd.uscourts.gov/dale-e-ho. This includes the filing of a Joint Pretrial Order prior to the pretrial conference." *Id*.

Under this Court's individual rules, Parties are required to file a Joint Pretrial Order "at least 30 days prior to the scheduled final pretrial conference." The Parties have not done so here. On or before May 22, 2026, the Parties are **ORDERED** to file the required pretrial filings. Further failure to comply with deadlines or this Court's rules may result in sanctions or dismissal for failure to prosecute.

SO ORDERED.

Dated: May 19, 2026
            New York, New York

_____
            DALE E. HO
            United States District Judge