# Siegel & Siegel

*A Professional Corporation*

Attorneys at Law

521 Fifth Avenue, Suite 1700

New York, New York 10175

Telephone: (212) 721-5300

Fax: (212) 947-9967

SHARON M. SIEGEL
*Admitted to N.Y. and D.C. Bars*

MICHAEL D. SIEGEL
*Admitted to N.Y. and N.J. Bars*

May 23, 2026

VIA ECF

Hon. Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: Sehgal. v. Karena Foods, Inc., et al.
     Case No. 1:23-cv-08799-DEH
     --------------------------------------------
     Letter Motion to have Defendant testify live

Dear Judge Ho:

  We represent the corporate defendants in the above-referenced matter.  In the time and manner provided by Your Honor's order of May 22, 2026, I hereby file this letter motion to have the Defendants testify live, instead of submitting its case in chief by affidavit.

  This case should be a one day trial.  Defendant will likely have one witness, Mahender Tulsiani.  My goal in this case is to control legal fees and costs.  It will frankly take less time to just put Mr. Tulsiani on the stand to mark in the payroll, tax and payment records which constitute the evidence in this case than to draft an affidavit, explain it to the client, mark it up and submit it.  The evidence we intend to submit has already been submitted electronically in connection with our motion for summary judgment.  His testimony could be further truncated if Plaintiff would consent to these materials being in evidence.

       Respectfully,

       *Michael D. Siegel*

       Michael D. Siegel