UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sehgal, | |
| Plaintiff(s), | |
| v. | |
| Karena Foods Inc. et al, | |
| Defendant(s). | |

23-CV-8799 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court has repeatedly advised the Parties that "counsel must familiarize themselves with Rule 5 of the Court's Individual Practices in Civil Cases, which is available at https://nysd.uscourts.gov/hon-dale-e-ho." Nonetheless, counsel has yet to file the required pretrial filings. On May 19, 2026, the Court granted an extension to "file the required pretrial filings." On May 22, 2026, counsel filed only the joint pretrial order without any other filings.[1] On May 23, 2026, counsel for Defendants filed a letter certifying reading of the Court's Individual Practices in Civil Cases and a letter motion to present live testimony at trial.

The Court deems the opportunity to file motions in limine waived. On or before **June 1, 2026**, the Parties are **ORDERED** to file the remaining required filings as described in Individual Rule 5, including proposed findings of fact and conclusions of law.

---

[1] The Parties also uploaded proposed stipulations of law. While the Court appreciates agreement by the Parties on these issues, legal conclusions are to be made by the Court and cannot be stipulated to.

All attorneys who will appear at trial in this case who have not yet done so are also

**ORDERED** to file a letter declaration certifying they have read the Court's individual rules by

**May 29, 2026** at **5:00 p.m.**

SO ORDERED.

Dated: May 26, 2026
       New York, New York

_____
DALE E. HO
United States District Judge