# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY – SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884  FAX: (212) 563-9870  WEBSITE: www.thesamuellawfirm.com

**ANDREW D. BERESIN**
E-Mail: andrew@thesamuellawfirm.com

May 29, 2026

**VIA ECF**

The Hon. Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Re: Sehgal. v. Karena Foods, Inc., et al.*
*Case No. 1:23-cv-08799-DEH*

Dear Judge Ho:

We represent Plaintiff Vipin Sehgal in the above-referenced matter and I write in connection with Your Honor's Order dated May 26, 2026 (ECF 52) to certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that I have read the Court's Individual Rules and Practices in Civil Cases.

Respectfully submitted,

*/s/ Andrew D. Beresin*
Andrew D. Beresin, Esq.

*Attorneys for Plaintiff*

Cc:  Michael D. Siegel, Esq. (Via ECF)
     *Counsel for Defendants*