UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Vipin Sehgal,

                Plaintiff,

        v.

Karena Foods Inc., et al.,

                Defendants.

23-CV-8799 (DEH)

ORDER

DALE E. HO, United States District Judge:

Due to a scheduling conflict, the Court hereby **ADJOURNS** the final pretrial conference, currently scheduled for June 11, 2026 at 11:00 a.m.  The conference will take place on **June 11, 2026** at **3:00 p.m.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: June 1, 2026
      New York, New York

_____
DALE E. HO
United States District Judge